# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

**United States of America**

NOTICE OF APPEARANCE

-v-

Docket Number :

_Jonathan Braun_

Judge : ToWNES, J.

**Defendant.**

Date : MAY 27, 2010

PLEASE NOTICE, that I have been RETAINED by _Jonathan Braun_

the above named defendant.   I was admitted to practice in this district on ____ 1971 ____ .

Signature : _____

Print Name : _GERALD SHARGEL_

Bar Code : _GES 0039_

Office Address : _570 Lexington Ave_

_New York, NY_

Telephone # : _212 446 ~~2~~_

_2323_

*** NOTICE TO ATTORNEY***

    **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.**

    **Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice.  (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)**