## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Marilyn Go   **DATE:** 5/27/10

**DOCKET NUMBER** 10 CR 433 (SLT)   **LOG #:** 4:45 - 4:47

**DEFENDANT'S NAME:** Jonathan Braun

✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL:** Gerald Shargel

___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:** Steven Tiscione   **DEPUTY CLERK:** K. DiLorenzo

**INTERPRETER:** _____ (Language) _____

___ Hearing held.   ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___ Start___ Stop___

___ Order of Speedy Trial entered.   Code Type___ Start___ Stop___

✓ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 7/23 @ 11am before Judge Townes

**OTHERS:** Temporary order entered. Bail hearing set 6/1/10 @ 2pm before duty magistrate.