## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE VIKTOR POHORELSKY**          **DATE :**    **6/3/10**

DOCKET NUMBER: 10 CR 433 (SLT)          LOG # :   12:07 – 12:45

DEFENDANT'S NAME :  **JONATHAN BRAUN**
  ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL :   **GERALD SHARGEL**
  ___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A: **STEVEN TISCIONE**          DEPUTY CLERK :    **SM YUEN**

INTERPRETER : _____ (Language) _____

_Detention_ ___ Hearing held. _____ Hearing adjourned to_____

____ Defendant was released on_____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____ Start_____ Stop _____

✓ Order of Speedy Trial entered.   Code Type_____ Start 6/3/10 Stop 6/17/10

____ Defendant's first appearance.   ___Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS :  Gov't requesting detention and that no combination of conditions will ensure deft's return to court. Defense counsel proposed a million dollar bond with properties + 9 sureties, and # home detention w/ electronic monitoring. government's motion for detention is granted. Order of detention entered.