```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     -against-                              10-CR-433 (SLT)

JONATHAN BRAUN,

          Defendant.

- - - - - - - - - - - - - - - - - -X
```

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Assistant United States Attorney SreeVamshi C. Reddy from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

>Assistant U.S. Attorney SreeVamshi C. Reddy
>United States Attorney's Office
>Criminal Division
>271 Cadman Plaza East, 5th Floor
>Brooklyn, New York 11201
>Tel: (718) 254-6276
>Fax: (718) 254-6321
>Email: vamshi.reddy@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney SreeVamshi C. Reddy at the email address set forth above.

Dated:     Brooklyn, New York
           June 16, 2010

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                      United States Attorney

                        By:     _____/ s /_____
                                      SreeVamshi C. Reddy
                                      Assistant U.S. Attorney

cc:   Clerk of the Court (SLT)