☆AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ District of _____

United States of America Plaintiff(s),

v.

Jonathan Braun Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 10 CR 433 (SLT)

Notice is hereby given that, subject to approval by the court, __Jonathan Braun__ substitutes
(Party (s) Name)

__John Meringolo__, State Bar No. __3487__ as counsel of record in
(Name of New Attorney)

place of __Gerald L. Shargel__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Meringolo & Ass. P.C.
Address: 11 Evans St
Telephone: 347-599-0992    Facsimile: 212 202 4936
E-Mail (Optional): John@meringoloesq.com

I consent to the above substitution.
Date: 6/15/10
(Signature of Party (s))

I consent to being substituted.
Date: 6/15/10
Gerald Shargel / RMK
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/15/10
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]