UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,  :
                                                  :
   - v. -                                :         Indictment No. 10 CR 433 (SLT)
                                                  :
JONATHAN BRAUN,  :
                                                  :
         Defendant.         :
------------------------------------------------------------X

## NOTICE OF MOTION IN SUPPORT OF DEFENDANT JONATHAN BRAUN'S MOTION FOR BAIL PENDING TRIAL

PLEASE TAKE NOTICE, that upon all prior proceedings herein, Defendant Jonathan Braun will move before the Honorable Sandra L. Townes, United States District Judge for the Eastern District of New York, on the 17th day of June, 2010, at 10 o'clock in the forenoon of that day or as soon thereafter as counsel may be heard for:

1. An Order granting Mr. Braun pretrial release as detailed in the attached Memorandum of Law; and

2. Any other and further relief as to the Court deems just and proper.

Dated: June 16, 2010
       Brooklyn, New York

                                         Respectfully submitted,

                                         By: /s/ John C. Meringolo
                                         **JOHN C. MERINGOLO, ESQ.** (JM3487)
                                         Meringolo & Associates, P.C.
                                         11 Evans Street
                                         Brooklyn, New York 11201
                                         Direct No. (347) 599-0992
                                         *Attorneys for Defendant Jonathan Braun*