## Criminal Calendar

Before Judge Sandra L. Townes, U.S.D.J.

Date: 6/18/10                                                     Time: 3:00 – 3:50

DOCKET NUMBER: 10CR433 (SLT)

DEFENDANT'S NAME: Jonathan Braun
  X Present  ___ Not Present  X In Custody  ___ Bail

DEFENSE COUNSEL: John Meringolo
  ___ Legal Aid  ___ CJA  X Retained

AUSA(s): Steven Tiscione                    Deputy Clerk: Veronica Frullo

INTERPRETER: _____ (Language) _____

COURT REPORTER/ESR: Marie Foley

X Case called for: Appeal of Magistrate Pohorelsky's order of Detention pending trial.
___ Arraignment:

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

X Status Conference:

X Order of Speedy Trial entered. Code Type XC Start 6/18  Stop 7/16.

X Status conference set for 7/16/10 @ 11:30 Before Judge Townes

___ Pretrial conference set for _____ @ _____ Before Judge Townes

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

OTHERS: The Court affirms Magistrate Pohorelsky's Order of Detention. The defendant remains in custody pending trial. The Court designates this a complex case.