## Criminal Calendar

Before Judge Sandra L. Townes, U.S.D.J.

Date: 7/30/2010     Time: 10:30-10:40

DOCKET NUMBER: 10 CR 433 (SLT)

DEFENDANT'S NAME: Jonathan Braun
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: John Meringolo
___ Legal Aid ✓ CJA ___ Retained

AUSA(s): Steven Tiscione       Deputy Clerk: Veronica Frullo / M. Clarke

INTERPRETER: _____ (Language) _____

COURT REPORTER/ESR: Lisa Schmid

**✗** Case called for:

___ Arraignment:

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

✗ Status Conference:

___ Order of Speedy Trial entered. Code Type XC Start_____ Stop 9/10/10.

✓ Status conference set for 9/10/10 @ 11:00 Before Judge Townes

___ Pretrial conference set for _____ @ _____ Before Judge Townes

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

OTHERS: