# Meringolo & Associates, P.C.
11 Evans Street
Brooklyn, NY 11201
(347) 599-0992 / (212) 202-4936 fax
www.meringoloesq.com

---

September 09, 2010

<u>VIA ECF</u>
**Honorable Sandra L. Townes**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Jonathan Braun*, 10 CR 433 (SLT)

Dear Judge Townes,

  Mr. Braun's court date was adjourned from September 9th until October 22nd, 2010. Defendant Braun consents to time being excluded from the calendar days from the time to begin a speedy trial.

  Thank you for your time and consideration.

            Respectfully submitted,

            By: <u>/s/John C. Meringolo, Esq.</u>

            JOHN C. MERINGOLO, ESQ.
            *Attorney for Defendant Jonathan Braun*

  Cc:  Steven Tiscione
      All counsel via ECF