**Criminal Calendar**

Before Judge Sandra L. Townes, U.S.D.J.

Date: 10/21/10                     Time: 10:50 - 10:55

DOCKET NUMBER: 10CR 433

DEFENDANT'S NAME: Jonathan Braun

X Present ___ Not Present  X In Custody ___ Bail

DEFENSE COUNSEL: John Meringolo

___ Legal Aid ___ CJA  X Retained

AUSA(s): Steven Tiscione                     Deputy Clerk: Veronica Frullo

INTERPRETER: _____ (Language)

COURT REPORTER/ESR  Henry Shapiro

X Case called for:

___ Arraignment:

__ Defendant's first appearance. ___ Defendant arraigned on the indictment.

__ Defendant informed of rights.

__ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

X Status Conference:

X Order of Speedy Trial entered. Code Type XC Start 10/21/10 Stop 1/7/11.

X Status conference set for 1/7/11 @ 10:00 Before Judge Townes

__ Pretrial conference set for _____ @ _____ Before Judge Townes

___ Bail Hearing:

__ Defendant was released on _____ PRB with / without some conditions.

__ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

OTHERS: The Court designates this case a complex case.