UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,          :
                                               :
    - v. -                                      :          Indictment No. 10-CR-433 (SLT)
                                               :
JONATHAN BRAUN,                    :          NOTICE OF MOTION
                                               :
           Defendant.              :
-------------------------------------------------------------X

## NOTICE OF MOTION FOR
## OMNIBUS DISCOVERY MOTION

      PLEASE TAKE NOTICE, that upon all prior proceedings herein, Defendant Jonathan Braun will move before the Honorable Sandra L. Townes, United States District Judge for the Eastern District of New York on the __ day of _____, 2011, at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel may be heard for:

    1.    An Order directing the Government to immediately disclose and produce all *Brady* and *Giglio* materials and for timely disclosure of *Jencks* materials, including, but not limited to, documents in the possession of the Federal Bureau of Investigation ("FBI") and the United States Postal Service, and 404(b) materials as follows:

    (A)    all documents relating to proffers or statements made to the Government by or on behalf of any witness who may testify at trial;

    (B)    any prosecutive or similar memoranda relating to the prosecution of Mr. Braun, the acceptance of a guilty plea from any potential witness, and the non-prosecution of any other persons, to the extent that such memoranda contain any Brady, Giglio, or Jencks material;

    (C)    all recordings and transcripts made by or in the possession of the Government or any of the involved investigative agencies of communications between the defendants and with others;

    (D)    all communications between the Government and any alleged victims and/or complainants, to the extent that such communications contain any Brady, Giglio, or Jencks material;

1

(E) any and all notes of law enforcement agents taken during interviews of potential witnesses;

(F) the identity of any expert witness and any and all information, studies and reports upon which any expert witness will base his/her testimonial opinions;

(G) "other crimes" evidence that the Government will introduce at trial; and

2. Such other and further relief as to the Court seems just and proper.

Dated:   December 20, 2010
         Brooklyn, New York

Respectfully submitted,
By: /s/ John C. Meringolo
**JOHN C. MERINGOLO, ESQ.** (JM3487)
Meringolo & Associates, P.C.
11 Evans Street
Brooklyn, New York 11201
Direct No. (347) 599-0992
*Attorneys for Defendant Jonathan Braun*