UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
       - v. -                        :     Indictment No. 10-CR-433 (SLT)
                                     :
JONATHAN BRAUN,                      :     NOTICE OF MOTION
                                     :
            Defendant.               :
------------------------------------------------------------X

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION FOR BILL OF PARTICULARS

PLEASE TAKE NOTICE, that upon all prior proceedings herein, Defendant Jonathan Braun will move before the Honorable Sandra L. Townes, United States District Judge for the Eastern District of New York on the __ day of _____, 2011, at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel may be heard for:

1. An Order pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure granting Mr. Braun a bill of particulars as to all Counts alleged in the Indictment; and

2. Any other and further relief as to the Court deems just and proper.

Dated: December 20, 2010
       Brooklyn, New York

                                        Respectfully submitted,

                                        By: /s/ John C. Meringolo
                                        **JOHN C. MERINGOLO, ESQ.** (JM3487)
                                        Meringolo & Associates, P.C.
                                        11 Evans Street
                                        Brooklyn, New York 11201
                                        Direct No. (347) 599-0992
                                        *Attorneys for Defendant Jonathan Braun*