# **Certificate of Service**

I hereby certify that on December 20, 2010, a copy of the foregoing DEFENDANT JONATHAN BRAUN'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR BILL OF PARTICULARS was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Honorable Sandra L. Townes
United States District Judge

Steven L. Tiscione
Assistant United States Attorney