**Meringolo & Associates, P.C.**
11 Evans Street
Brooklyn, New York 11201
(347) 599-0992 / (212) 202-4936 fax
www.meringoloesq.com

December 30, 2010

**VIA ECF**
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Jonathan Braun*, **10 CR 433 (SLT)**

Dear Judge Townes,

We respectfully withdraw the defense's previously filed Motion for a Bill of Particulars. Assistant United States Attorney Steven Tiscione has complied with the outstanding issues requested therein.

Respectfully submitted,

By: /s/ John C. Meringolo

Cc: AUSA Steven Tiscione (via ECF)