Meringolo & Associates, P.C.
11 Evans Street
Brooklyn, New York 11201
Phone: (347) 599-0992
Fax: (212) 202-4936

March 17, 2011

VIA ECF
Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Jonathan Braun*, No. 10-CR-433 (SLT)

Dear Judge Townes:

After consulting with Assistant United States Attorney Steven Tiscione, I am respectfully requesting an adjournment in the above-referenced matter from March 25, 2011 until the week of April 25, 2011, or whatever date is acceptable to the Court. We consent to the exclusion of time from March 25, 2011 until the following court date.

Please be advised that the parties are in plea negotiations and are of the hope that there will be a resolution of the case prior to the next court date.

Respectfully submitted,

_____/s/_____
John C. Meringolo, Esq.

Cc: AUSA Steven Tiscione (via ECF)