**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------X
**UNITED STATES OF AMERICA**

v.                                                                                            10-Cr.-433 (SLT)

**JONATHAN BRAUN,**                                                          NOTICE OF CHANGE

        **Defendant.**
-------------------------------------------------X

To the Clerk of the Court and all Parties:

    Please be advised that the contact information for JOHN C. MERINGOLO, attorney for Jonathan Braun in the above captioned matter has changed. The new contact information is:

    John C. Meringolo
    Meringolo & Associates, P.C.
    375 Greenwich Street, 7th Floor
    New York, NY 10013
    (212) 941-2077 direct
    (212) 202-4936 fax
    john@meringoloesq.com

Dated: March 21, 2011
       New York, NY                                         _____/s/_____
                                                                              John C. Meringolo