FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 13 2011 ★

BROOKLYN OFFICE

Meringolo & Associates, P.C.
375 Greenwich Street 7th floor
New York, NY 10013
Phone: (347) 599-0992
Fax: (212) 202-4936

July 5, 2011

Honorable Judge Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadham Plaza
Brooklyn, New York 11201

VIA ECF

**Re: United States v. Jonathan Braun, No. 10-CR-433 (SLT)**

Dear Judge Townes:

After consulting with Assistant United States Attorney Steven Tiscone, I am respectfully requesting an adjournment in the above-referenced matter from July 15, 2011 to the week of August 29, 2011 or whatever dates are acceptable to the Court, we consent to the exclusion of the time from July 15, 2011 until the adjourned court date.

Please be advised the parties are in plea negotiations and are of the hope that there will be a resolution of the case prior to the next court date.

Respectfully submitted,

John C. Meringolo, Esq.

cc: AUSA Steven Tiscone (via ecf)

---

The application is ☒ granted.
                  ☐ denied.
SO ORDERED.

/s/ Sandra L. Townes, U.S.D.J.
Dated: July 12, 2011
       Brooklyn, New York

The parties are negotiating. The adjournment from 7/15/11 to the next court date is granted. The ends of justice are served by the exclusion of speedy trial.