Meringolo & Associates, P.C.
11 Evans Street
Brooklyn, New York 11201
Phone: (347) 599-0992
Fax: (212) 202-4936

August 24, 2011

VIA ECF
Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re: *United States v. Jonathan Braun*, No. 10-CR-433 (SLT)**

Dear Judge Townes:

    After consulting with Assistant United States Attorney Steven Tiscione, I am respectfully requesting an adjournment in the above-referenced matter from August 29, 2011 until September 29, 2011 or another date convenient to the Court. We consent to the exclusion of time from August 29, 2011 until the following court date.

    Please be advised that the parties are in plea negotiations and are of the hope that there will be a resolution of the case prior to the next court date.

                                                                  Respectfully submitted,

                                                                  _____/s/_____
                                                                  John C. Meringolo, Esq.

Cc: AUSA Steven Tiscione (via ECF)