## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Viktor V. Pohorelsky          **DATE :** ~~8C~~ 11/7/11

DOCKET NUMBER: 10 CR 433 (SLT)          LOG # : 350-402

DEFENDANT'S NAME : Jonathan Brown
　　___ Present    ✓ Not Present    ___ Custody    ___ Bail

DEFENSE COUNSEL : _____
　　___ Federal Defender    ___ CJA    ___ Retained

A.U.S.A: _____    DEPUTY CLERK : _____

INTERPRETER : _____ (Language) _____

Bond signing ___ Hearing held. ___ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

13  Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.    Code Type ____    Start _____    Stop _____

____ Order of Speedy Trial entered.    Code Type ____    Start _____    Stop _____

____ Defendant's first appearance.    ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to ALL counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____