UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
United States of America

- against -

Jonathan Braun

------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 03 2011 ★

BROOKLYN OFFICE

CR 10-433 (SLT)

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## MAGISTRATE JUDGE VIKTOR V. POHORELSKY

United States Magistrate Judge Viktor V. Pohorelsky has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Viktor V. Pohorelsky. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Viktor V. Pohorelsky.

By: _____
Assistant United States Attorney

_____
Defendant

_____
Attorney for the Defendant

Dated: 11/3/11
Brooklyn, New York

Before: s/Viktor V. Pohorelsky
VIKTOR V. POHORELSKY
United States Magistrate Judge