## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Viktor V. Pohorelsky    **DATE:** 11/8/11

**DOCKET NUMBER:** 10 CR 433 (SLT)    **LOG #:** 12:00 - 12:02

**DEFENDANT'S NAME:** Jonathan Braun
___ Present   ___ Not Present   ___ Custody   ___ Bail

**DEFENSE COUNSEL:** _____
___ Federal Defender   ___ CJA   ___ Retained

**A.U.S.A:** _____   **DEPUTY CLERK:** K. DiLorenzo

**INTERPRETER:** _____ (Language) _____

Bond signing ___ Hearing held.   _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

   Sharon Schwartz
✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

___ Order of Speedy Trial entered.   Code Type___   Start___   Stop___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** _____