## CRIMINAL CAUSE FOR PLEADING

BEFORE:  **VIKTOR V. POHORELSKY**          DATE: 11/03/11          START TIME: 10:15
                                                                  END TIME:    10:55

CR 10-433 (SLT)

DEFT'S. NAME: Jonathan Braun                    #
X  present      not present      X cust.              bail

DEFENSE COUNSEL: John Meringolo
X  present      not present      CJA      X RET.          FED DFT.

A.U.S.A.: Steve Tiscione            CLERK: James Toritto
INTERPRETER:                        (LANG.-            )

X___  CASE CALLED

DEFT.  _X_ SWORN  _X_ ARRAIGNED _X_ INFORMED OF RIGHTS
        _X_ WAIVES TRIAL BEFORE DISTRICT COURT

\_    DEFT STATES TRUE NAME TO BE_____. INFORMATION AMENDED.
\_    WAIVER OF INDICTMENT EXECUTED FOR DEFT.
\_    SUPERSEDING MISDEMEANOR INFORMATION FILED.
\_    DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
\_    DEFT ENTERS **GUILTY PLEA** TO THE SUPERSEDING MISD3EMEANOR INFORMATION.
X     DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A **GUILTY PLEA** TO CT(S) ONE (1) & SIX
      (6) OF THE SUPERSEDING INDICTMENT, AND ENTERS A **NOT GUILTY PLEA** TO CT(S) TWO (2),
      THREE (3), FOUR (4), & FIVE (5) .
X     COURT FINDS FACTUAL BASIS FOR THE PLEA.
X     SENTENCING SET FOR_____ AT_____      X  SET BY PROBATION
\_    BAIL __SET AT_____ FOR DEFT.      ___CONT'D FOR DEFT.

X___  DEFT CONTINUED IN CUSTODY.

\_    CASE ADJ'D TO_____    FOR _____

\_    **SPEEDY TRIAL** INFO FOR DEFT      ___ STILL IN EFFECT
      CODE TYPE___       START_____ STOP_____
\_    ORDER / WAIVER EXECUTED & FILED.      _ ENT'D ON RECORD.

OTHER: PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE POHORELSKY DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED . PLEA AGREEMENT MARKED AS COURT EXHIBIT #1ND RETURNED TO THE ASSISTANT.