## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Viktor V. Pohorelsky     **DATE : 11/10/11**

**DOCKET NUMBER: 10CR433(SLT)**     LOG #: 11:27 - 11:33
    4:11 - 4:13

**DEFENDANT'S NAME :** Jonathan Braun
    ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL :** John Meringolo
    ___ Federal Defender    ___ CJA    ✓ Retained

**A.U.S.A:** Steven Tiscione     **DEPUTY CLERK :** K. DiLorenzo

**INTERPRETER :** _____ (Language) _____

Bond ____ Hearing held. ____ Hearing adjourned to ____

✓ Defendant was released on $ 8 million PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type ___ Start ___ Stop ___

___ Order of Speedy Trial entered. Code Type ___ Start ___ Stop ___

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS :**