**United States District Court**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 10 2011 ★
BROOKLYN OFFICE

UNITED STATES OF AMERICA

v.

Jonathan Braun
Defendant

**ORDER SETTING CONDITIONS OF RELEASE AND BOND**

Case No.: 10 CR 433 (SLT)

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or  $8 million
[✓] Upon **Secured Appearance Bond** as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: EDNY and SDNY
[✓] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: all codefendants except in the presence of counsel
[ ] 3. The defendant shall avoid and not go to any of the following locations: _____
[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.
[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
  [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work; as directed
  [✓] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____
  [✓] is subject to home detention with electronic monitoring with the following conditions: GPS monitoring and home detention except for medical emergencies and court appearances
  [✓] must undergo [✓] random drug testing [✓] evaluation and/or [✓] treatment for: [✓] substance abuse [ ] alcoholism [ ] mental health problems. And attorney visits
  [✓] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

Location Monitoring

as directed Pretrial

[✓] 6. Other Conditions: all sureties will sign and confessions of judgment will be filed prior to the defendant's release

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 8,000,000. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____
[ ] premises located at: ~~_____~~ owned by ~~_____~~
[✓] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before release
[ ] Other Conditions: _____

1) _____ Surety Michelle Braun  Address: _____
2) _____ Surety Eliezer Schwartz Address: _____
3) _____ Surety Robin Widroff    Address: 58 Joseph Ave S.I. N.Y. 10314

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (b)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

Signature of Defendant

Release of the Defendant is hereby ordered on Nov. 10, 20 11

s/Viktor Pohorelsky, US_JM

Distribution:  White-Original   Canary - Courtroom Deputy   Pink - Pretrial Services   Goldenrod - Defendant

**United States District Court**
# EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS OF RELEASE AND BOND |
|---|---|
| V. Jonathan Braun  Defendant | Case No.: 10 CR 433 (SLT) |

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon Unsecured Bond executed by defendant in the amount of $ _____, or  **$ 8 million**
[✓] Upon Secured Appearance Bond as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: **EDNY and SDNY**

[✓] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: **all codefendants except in the presence of counsel**

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
  [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
  [✓] must report to that agency ( ) in person ___ times per ___ and/or ( ) by telephone ___ times per ___ **as directed**;
  [✓] is subject to home detention with electronic monitoring with the following conditions: **GPS monitoring and home detention except for medical emergencies and court appearances**
  [✓] must undergo [✓] random drug testing [✓] evaluation and/or [✓] treatment for: [✓] substance abuse [ ] alcoholism [ ] mental health problems. **And random visits**
  [✓] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[✓] 6. Other Conditions: **all suretors will sign and confessions of judgment will be filed prior to the defendant's release**

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ **8,000,000**. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $ _____
[ ] premises located at ~~_____~~ owned by ~~_____~~
[✓] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before **release**

[ ] Other Conditions: _____

1) ~~Michelle Braun~~ Surety **Michelle Braun**  Address: **7855 Cypress Cres. Boca Raton, FL 33433**
2) Surety **Eliezer Schwartz**  Address: **7855 Cypress Cres Boca Raton FL 33433**
3) Surety **Robin Widroff**  Address: _____

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

_____
Signature of Defendant

Release of the Defendant is hereby ordered on _____, 20__

_____, US_J

Distribution:  White-Original  Canary - Courtroom Deputy  Pink - Pretrial Services  Goldenrod - Defendant

Docket No. 10CR433 (SLT)          PAGE 2 OF 4

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: Jonathan Braun      Amount of Bond: $ 8,000,000

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

| # | Surety | Address | Date | Acknowledged Before |
|---|---|---|---|---|
| 4) | Elimelech Herkowitz | 121 Stratford Pl. Lakewood NJ | 11/7/11 | UJP USMJ |
| 5) | Jacob Braun | 373 Buchanan Ave., Staten Island | 11/4/11 | USMJ |
| 6) | Helene E. Braun | 373 Buchanan Ave., Staten Island | 11/4/11 | USMJ |
| 7) | Joseph Ari Schiffer | 2 Steinway Ct, Suffern, NY 10901 | 11/7/11 | UJP USMJ |
| 8) | Chris Schiffer Fasano | 2 Steinway Ct, Suffern, NY 10901 | 11/7/11 | UJP USMJ |
| 9) | Ben Welwart | | | USMJ |

Signed and Acknowledged by all the above sureties before me on _____, 20____     _____, USMJ.

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at: 32 Tamarack Rd., #22, Wawarsing, N.Y.
Owned by: Elimelech Herkowitz

Premises located at: 373 Buchanan Ave., Staten Island, N.Y.
Owned by: Jacob and Helene Braun

Premises located at: _____
Owned by: _____

Docket No. 10CR433 (SLT)                              PAGE 2 OF 4

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: Jonathan Braun                 Amount of Bond: $ 8,000,000

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

|    | Surety | Address | Date | Acknowledged Before |
|----|--------|---------|------|---------------------|
| 4) | Elimelech Herkowitz | | | USMJ |
| 5) | Jacob Braun | 373 Buchanan Ave., Staten Island | 11/4/11 | USMJ |
| 6) | Helene E. Braun | 373 Buchanan Ave., Staten Island | 11/4/11 | USMJ |
| 7) | Ari Schiffer | | | USMJ |
| 8) | Chris Schiffer | | | USMJ |
| 9) | Ben Welwart | 57 Joseph Ave SINY 10314 | 11/7/2011 | USMJ |

Signed and Acknowledged
by all the above sureties
before me on _____ 20___       _____, USMJ.

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at: 32 Tamarack Rd., #22, Wawarsing, N.Y.
Owned by: Elimelech Herkowitz

Premises located at: 373 Buchanan Ave., Staten Island, N.Y.
Owned by: Jacob and Helene Braun

Premises located at: _____
Owned by: _____

Docket No. 10 CR 433 (SLT)     PAGE 3 OF 4

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: Jonathan Braun     Amount of Bond: $ 8,000,000

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

|  | Surety | Address | Date | Acknowledged Before |
|---|---|---|---|---|
| 10) | Joseph Streicher | 1865 53rd Bklyn N.Y. 11204 | 11/7/11 | WP USMJ |
| 11) | Leah Felsenburg | 5419-15th Ave Bklyn, N.J. 11219 | 11/7/11 | WP USMJ |
| 12) | Akiva Braun | 1850-52 St Bklyn NY | 11/7/11 | WP USMJ |
| 13) | Sharon Schwartz | 909 Plainview Ave Far Rockaway, NY | 11/8/11 | WP USMJ |
| 14) | Nadine Taitelbaum / Sharon Schwartz | 118 Middleton St. Bklyn NY 11206 | | USMJ |
| 15) | Jacob Friedman / Jonathan Taitelbaum / Chany Goliff | 1845 52 St #9 Brooklyn, NY 11204 | 11/7/11 | WP USMJ |

Signed and Acknowledged
by all the above sureties
before me on _____, 20___  _____, USMJ.


The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at: 253 Rosemond Rd., Woodridge, N.Y.
Owned by: Joseph Streicher

Premises located at: 239 Prospect Place, Brooklyn, N.Y.
Owned by: Joseph Streicher

Premises located at: 5419 15th Ave., Brooklyn, N.Y.
Owned by: Leah Felsenburg

Docket No. 10 CR 433 (SLT)　　　　　　　　　　　PAGE 4 OF 4

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: Jonathan Braun　　　　　Amount of Bond: $ 8,000,000

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

|  | Surety | Address | Date | Acknowledged Before |
|---|---|---|---|---|
| 16) | Scott Silberberg | | | USMJ |
| 17) | Rafael Streicher | 1118 48 ST Brooklyn | 11/7/11 | ump USMJ |
| 18) | David Jacobowitz / Chaim Streicher | 1238 59 ST Brooklyn | 11/7/11 | ump USMJ |
| 19) | David Chait / Isaac Braun | 965 East 27 ST. B'klyn NY 11210 | 11/7/11 | ump USMJ |
|  | Esther Weisz | 58 Joseph Ave SI NY 10314 | 11/7/11 | ump USMJ |
| 20) | Steven Schwartz | 29 Walcott Ave S.I. N.Y. 10314 | 11/7/11 | ump USMJ |
|  | Surety: | | | USMJ |

Signed and Acknowledged
by all the above sureties
before me on _____, 20___　　_____, USMJ.

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at: _____

Owned by: _____

Premises located at: _____

Owned by: _____

Premises located at: _____

Owned by: _____