CAC
F.#2008R01013 / OCDETF# NY-NYE-578

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JONATHAN BRAUN and
JEREMY FISTEL,

        Defendants.

- - - - - - - - - - - - - - - - -X

U N S E A L I N G
O R D E R

08 CR 433 (SLT)
10

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 07 2011 ★
BROOKLYN OFFICE

     Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Celia A. Cohen, for an order unsealing the indictment in the above-captioned matter as to the defendants Jonathan Braun and Jeremy Fistel.

     WHEREFORE, it is ordered that the indictment in the above-captioned matter be unsealed as to defendants Jonathan Braun and Jeremy Fistel.

Dated:    Brooklyn, New York
           December 7, 2011

                                    s/Lois Bloom
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK