UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                  NOTICE OF CHANGE OF ADDRESS

       v.

                                                  10-CR-00433 (SLT)(VVP)

BRAUN, ET AL.,
                Defendant(s)

-------------------------------------------------------X

      GERALD L. SHARGEL an attorney duly admitted to practice law in this Court, respectfully notifies the Court of the following change of address:

_____
Gerald L. Shargel
1790 Broadway, Ste. 1501
New York, NY 10019
gshargel@shargellaw.com
(212) 446-2323
(212) 446-2330 (fax)