**JAMES T. MORIARTY ESQ.**
**110 East 59th St. 29th fl.**
**New York, N.Y. 10022**
**Tel. [646] 372-0450**
**Fax [646] 293-4606**
**Email-jm@jmorlaw.com**

**BY ECF**

August 15, 2012

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Jonathan Braun**
**10 CR 433 (SLT)**

Dear Judge Townes,

I write with reference to my application on behalf of Joseph Streicher a signatory on the bond used to secure the appearance of Defendant Braun wherein Mr. Streicher seeks to remove his previously pledged property located at 239 Prospect Place, Brooklyn, New York, 11238 and to substitute a different property this one being located at 1865 53rd Street, Brooklyn, New York, 11238 which I am advised is his personal residence. The government has agreed to the substitution.

The Court has advised that prior to permitting the substitution that Mr. Streicher must secure the consent via affidavit of each of the other signatories to the bond. Accordingly he has obtained affidavits from all signatories.

Please find attached the affidavits of:

1.  Michael Braun            No. 1 Signatory on the bond
2.  Eliezer Schwartz         No. 2 Signatory on the bond
3.  Robin Widroff            No. 3 Signatory on the bond
4.  Elimelech Herkowitz      No. 4 Signatory on the bond
5.  Jacob Braun              No. 5 Signatory on the bond
6.  Helene Braun             No. 6 Signatory on the bond
7.  Joseph Schiffer          No. 7 Signatory on the bond
8.  Chris Fascfano           No. 8 Signatory on the bond

9.  Ben Welwart               No. 9    Signatory on the bond
10. Joseph Streicher is  the No. 10 signatory on the bond
11. Leah Felsenburg        No. 11  Signatory on the bond
12. Akiva Braun            No. 12 Signatory on the bond
13. Sharon Schwartz        No. 13 Signatory on the bond
14. Jacob Friedman         No. 14 Signatory on the bond
15. Chany Gobioff          No. 15 Signatory on the bond
16. Rafael Streicher       No. 16 Signatory on the bond
17. Chaim Streicher        No. 17 Signatory on the bond
18. Isakk Braun            No. 18 Signatory on the bond
19. Esther Weisz           No. 19 Signatory on the bond
20. Steven Schwartz        No. 20 Signatory on the bond

Respectfully submitted,

James T. Moriarty

AUSA Steven Tiscione

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

UNITED STATES OF AMERICA

Case No. 10 CR 433 [SLT]

     v.

JONATHAN BRAUN

          Defendant
_____x

MICHELLE BRAUN   hereby states under the penalty of perjury that I reside at 7855 Cypress Cres. Boca Raton Fl. 33433  and

1. I am a signatory [No. 1] to the ORDER SETTING CONDITIONS OF RELEASE AND BOND ["The Bond"] for Defendant Jonathan Braun,

2. I recognize that I am potentially liable for the entire amount of this Bond should Mr. Braun fail to appear before the Court when required to do so,

3. I recognize that the Bond is secured by the posting of several real estate properties,

4. I submit this affidavit in support of the application of Joseph Streicher who is also a signatory on said Bond to remove one of those properties which was posted by Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238 and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y. 11238 and which is his personal residence as security for the Bond,

5. I hereby advise the court that I consent to the substitution of that property as security for the Bond.

                                   _____x
                                   Michelle Braun

Sworn to before me this
Day of August 2012

E. FIALLA-    RI
NOTARY PUBLIC
MY COMMISSION #  J53485
EXPIRES: February 21, 2014
1-800-3-NOTARY     Fl. Notary Discount Assoc. Co.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————————x

UNITED STATES OF AMERICA

                                                Case No. 10 CR 433 [SLT]

        v.

JONATHAN BRAUN

                      Defendant

———————————————————————————x

Eliezer Schwartz   hereby states under the penalty of perjury that I reside at 7855 Cypress Cres.  Boca Raton, Fl. 33433 and

1.  I am a signatory [No. 2] to the ORDER SETTING CONDITIONS OF RELEASE AND BOND ["The Bond"] for Defendant Jonathan Braun,

2.  I recognize that I am potentially liable for the entire amount of this Bond should Mr. Braun fail to appear before the Court when required to do so,

3.  I recognize that the Bond is secured by the posting of several real estate properties,

4.   I submit this affidavit in support of the application of Joseph Streicher who is also a signatory on said Bond to remove one of those properties which was posted by Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238 and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y. 11238 and which is his personal residence as security for the Bond,

5.  I hereby advise the court that I consent to the substitution of that property as security for the Bond.

                          _____x
                                Eliezer Schwartz

Sworn to before me this
Day of August 2012

E. FIALLA      RI
MY COMMISSION      53485
EXPIRES: February 21, 2014
1-800-3-NOTARY      Fl. Notary Discount Assoc. Co.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

UNITED STATES OF AMERICA

                                                  Case No. 10 CR 433 [SLT]

      v.

JONATHAN BRAUN

                    Defendant
_____x

Robin Widroff hereby states under the penalty of perjury that I reside at 58 Joseph

Ave., Staten Island, N.Y. 10314 and

1.  I am a signatory [No. 3] to the ORDER SETTING CONDITIONS OF RELEASE

    AND BOND ["The Bond"] for Defendant Jonathan Braun,

2.  I recognize that I am potentially liable for the entire amount of this Bond should

    Mr. Braun fail to appear before the Court when required to do so,

3.  I recognize that the Bond is secured by the posting of several real estate properties,

4.  I submit this affidavit in support of the application of Joseph Streicher who is also

    a signatory on said Bond to remove one of those properties which was posted by

    Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N.Y. 11238

    and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.

    11238 and which is his personal residence as security for the Bond,

5.  I hereby advise the court that I consent to the substitution of that property as

    security for the Bond.

                                   _____x
                                   Robin Widroff

Sworn to before me this
8 Day of August 2012

8-8-12

NYDL 252-974-909

Expires 3-4-13.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————————x

UNITED STATES OF AMERICA

                                          Case No. 10 CR 433 [SLT]

        v.

JONATHAN BRAUN

                    Defendant
————————————————————————————x

*Elimelech Herskowitz*
ELINELAEH HERKAMITZ hereby states under the penalty of perjury that I reside at

121 Stratford Pl. Lakewood, New Jersey  ZIP and

1.  I am a signatory [No. 4] to the ORDER SETTING CONDITIONS OF RELEASE

    AND BOND ["The Bond"] for Defendant Jonathan Braun,

2.  I recognize that I am potentially liable for the entire amount of this Bond should

    Mr. Braun fail to appear before the Court when required to do so,

3.  I recognize that the Bond is secured by the posting of several real estate properties,

4.  I submit this affidavit in support of the application of Joseph Streicher who is also

    a signatory on said Bond to remove one of those properties which was posted by

    Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238

    and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.

    11238 and which is his personal residence as security for the Bond,

5.  I hereby advise the court that I consent to the substitution of that property as

    security for the Bond.

                        _____ x
                        XXXXXXXXXXXXXXXX

Sworn to before me this 12
Day of August 2012

MILTON P PFEFER
Notary Public, State of N...
No. 01PF8352305
Qualified in Richmond County
Commission Expires March 30, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————x

UNITED STATES OF AMERICA

                                             Case No. 10 CR 433 [SLT]

        v.

JONATHAN BRAUN

                        Defendant
———————————————————————x

    JACOB BRAUN hereby states under the penalty of perjury that I reside at 373

Buchanan Ave. Staten Island New York and

1.  I am a signatory [No. 5] to the ORDER SETTING CONDITIONS OF RELEASE

    AND BOND ["The Bond"] for Defendant Jonathan Braun,

2.  I recognize that I am potentially liable for the entire amount of this Bond should

    Mr. Braun fail to appear before the Court when required to do so,

3.  I recognize that the Bond is secured by the posting of several real estate properties,

4.  I submit this affidavit in support of the application of Joseph Streicher who is also a

    signatory on said Bond to remove one of those properties which was posted by Mr.

    Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238 and to

    substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y. 11238 and

    which is his personal residence as security for the Bond,

5.  I hereby advise the court that I consent to the substitution of that property as

    security for the Bond.

                                _____x
                                            Jacob Braun

Sworn to before me this
    Day of August 2012

SAMMY ZOLDAN
Notary Public, State of New York
No 4949735
Qualified in Richmond County
Commission Expires

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____x

UNITED STATES OF AMERICA

                                             Case No. 10 CR 433 [SLT]

     v.

JONATHAN BRAUN

                      Defendant

_____x

HELENE BRAUN  hereby states under the penalty of perjury that I reside at 373 Buchanan Ave. Staten Island N.Y.  and

1. am a signatory [No. 6] to the ORDER SETTING CONDITIONS OF RELEASE AND BOND ["The Bond"] for Defendant Jonathan Braun,

2. I recognize that I am potentially liable for the entire amount of this Bond should Mr. Braun fail to appear before the Court when required to do so,

3. I recognize that the Bond is secured by the posting of several real estate properties,

4. I submit this affidavit in support of the application of Joseph Streicher who is also a signatory on said Bond to remove one of those properties which was posted by Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238 and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y. 11238 and which is his personal residence as security for the Bond,

5. I hereby advise the court that I consent to the substitution of that property as security for the Bond.

                                        _____  x
                                              Helene Braun

Sworn to before me this
⁀ Day of August 2012

SAMMY ZOLDAN
Notary Public. State of New York
No 4949736
Qualified in Richmond County
Commission Expires

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

UNITED STATES OF AMERICA

Case No. 10 CR 433 [SLT]

v.

JONATHAN BRAUN

Defendant

———————————————————————— x

.JOSEPH SCHIFFER  states under the penalty of perjury that I reside at  2 Steinway Ct..

Suffern NY 10901  and

1.  I am a signatory [No. 7 ]to the ORDER SETTING CONDITIONS OF RELEASE

AND BOND ["The Bond"] for Defendant Jonathan Braun,

2.  I recognize that I am potentially liable for the entire amount of this Bond should

Mr. Braun fail to appear before the Court when required to do so,

3.  I recognize that the Bond is secured by the posting of several real estate properties,

4.   I submit this affidavit in support of the application of Joseph Streicher who is also

a signatory on said Bond to remove one of those properties which was posted by

Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238

and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.

11238 and which is his personal residence as security for the Bond,

5.  I hereby advise the court that I consent to the substitution of that property as

security for the Bond.

———————————————————————— x
Joseph Schiffer

Sworn to before me this _8TH_
Day of August 2012

RUSSELL GILES

# ALL-PURPOSE ACKNOWLEDGMENT

State of _NEVADA_

County of _CLARK_

On _AUG 8, 2012_ before me, _RUSSELL GILES_
      DATE                                        NAME OF NOTARY PUBLIC

personally appeared _JOSEPH SCHIFFER_ ,
                                   NAME(S) OF SIGNER(S)

☐ personally known to me **OR** ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), an that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> RUSSELL GILES
> NOTARY PUBLIC
> STATE OF NEVADA
> My Commission Expires: 3-31-15
> Certificate No: 11-4570-1

WITNESS my hand and official seal.

_____
SIGNATURE OF NOTARY

Place Notary Seal or Stamp Here

---

ATTENTION NOTARY:  Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

## DESCRIPTION OF ATTACHED DOCUMENT

**THIS CERTIFICATE MUST BE ATTACHED TO THE   DOCUMENT DESCRIBED AT RIGHT**

_____
TITLE OR TYPE OF DOCUMENT

_____
NUMBER OF PAGES

_____
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

UNITED STATES OF AMERICA

                                    Case No. 10 CR 433 [SLT]

      v.

JONATHAN BRAUN

                   Defendant
_____x

CHIRS FASCANO  hereby states under the penalty of perjury that I reside at 2
_CF 8|9|12_
Steinway Ct. Suffern, N.Y. 10901  and

1. I am a signatory [No. 8] to the ORDER SETTING CONDITIONS OF RELEASE

    AND BOND ["The Bond"] for Defendant Jonathan Braun,

2. I recognize that I am potentially liable for the entire amount of this Bond should

    Mr. Braun fail to appear before the Court when required to do so,

3. I recognize that the Bond is secured by the posting of several real estate properties,

4.  I submit this affidavit in support of the application of Joseph Streicher who is also

    a signatory on said Bond to remove one of those properties which was posted by

    Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238

    and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.

    11238 and which is his personal residence as security for the Bond,

5. I hereby advise the court that I consent to the substitution of that property as

    security for the Bond.

                             _Chris Fascano_ x
                               Chris Fascano
                               _CF 8|9|12_

Sworn to before me this 9 14
Day of August 2012

> JOHN POMEROY
> Notary Public - State of New York
> NO. 01PO6164355
> Qualified in Rockland County
> My Commission Expires 7 16 15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————————— x

UNITED STATES OF AMERICA

                                        Case No. 10 CR 433 [SLT]

        v.

JONATHAN BRAUN

                    Defendant

———————————————————————————— x

   BEN WELWART  hereby states under the penalty of perjury that I reside at 57 Joseph

Ave. Staten Island N.Y. 10312  and

1.  I am a signatory [No. 9 ]to the ORDER SETTING CONDITIONS OF RELEASE

     AND BOND ["The Bond"] for Defendant Jonathan Braun,

2.  I recognize that I am potentially liable for the entire amount of this Bond should

     Mr. Braun fail to appear before the Court when required to do so,

3.  I recognize that the Bond is secured by the posting of several real estate properties,

4.   I submit this affidavit in support of the application of Joseph Streicher who is also

     a signatory on said Bond to remove one of those properties which was posted by

     Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238

     and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.

     11238 and which is his personal residence as security for the Bond,

5.  I hereby advise the court that I consent to the substitution of that property as

     security for the Bond.

                                                                    x
                    ————————————————————————————
                                    Ben Welwart

   Sworn to before me this
  Day of August 2012

SAMMY ZOLDAN
Notary Public, State of New York
        No 4949735
Qualified in Richmond County
Commission Expires

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————x

UNITED STATES OF AMERICA

                                          Case No. 10 CR 433 [SLT]

        v.

JONATHAN BRAUN

                    Defendant
————————————————————————x

LEAH FELSENBURG  hereby states under the penalty of perjury that I reside at 5419-

15th Ave. Brooklyn, NY 11219  and

1.  I am a signatory [No. 11 ]to the ORDER SETTING CONDITIONS OF RELEASE

    AND BOND ["The Bond"] for Defendant Jonathan Braun,

2.  I recognize that I am potentially liable for the entire amount of this Bond should

    Mr. Braun fail to appear before the Court when required to do so,

3.  I recognize that the Bond is secured by the posting of several real estate properties,

4.   I submit this affidavit in support of the application of Joseph Streicher who is also

    a signatory on said Bond to remove one of those properties which was posted by

    Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238

    and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.

    11238 and which is his personal residence as security for the Bond,

5.  I hereby advise the court that I consent to the substitution of that property as

    security for the Bond.

                    _____  x
                            Leah Felsenburg

Sworn to before me this ⎿⎤
Day of August 2012

MILTON P PFEIFFER
Notary Public, State of New York
No. 01PF8352365
Qualified in Richmond County
Commission Expires March 30, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————x

UNITED STATES OF AMERICA

                                           Case No. 10 CR 433 [SLT]

        v.

JONATHAN BRAUN

                  Defendant

———————————————————————x

AKIVA BRAUN hereby states under the penalty of perjury that I reside at 1850 – 52nd

St. Brooklyn, N.Y. 11204 and

1. I am a signatory [No. 12] to the ORDER SETTING CONDITIONS OF RELEASE
   AND BOND ["The Bond"] for Defendant Jonathan Braun,

2. I recognize that I am potentially liable for the entire amount of this Bond should
   Mr. Braun fail to appear before the Court when required to do so,

3. I recognize that the Bond is secured by the posting of several real estate properties,

4. I submit this affidavit in support of the application of Joseph Streicher who is also
   a signatory on said Bond to remove one of those properties which was posted by
   Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238
   and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.
   11238 and which is his personal residence as security for the Bond,

5. I hereby advise the court that I consent to the substitution of that property as
   security for the Bond.

                                 _____x

                                    Akiva Braun

Sworn to before me this

  Day of August 2012

SAMMY ZOLDAN
Notary Public, State of New York
No 4949735
Qualified in Richmond County
Commission Expires

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————x

UNITED STATES OF AMERICA

                                                   Case No. 10 CR 433 [SLT]

      v.

JONATHAN BRAUN

                       Defendant

———————————————————————x

SHARON SCHWARTZ  hereby states under the penalty of perjury that I reside at 909 Plainview Ave. Far Rockaway, NY  and

1. I am a signatory [No. 13 ] to the ORDER SETTING CONDITIONS OF RELEASE AND BOND ["The Bind"] for Defendant Jonathan Braun,

2. I recognize that I am potentially liable for the entire amount of this Bond should Mr. Braun fail to appear before the Court when required to do so,

3. I recognize that the Bond is secured by the posting of several real estate properties,

4. I submit this affidavit in support of the application of Joseph Streicher who is also a signatory on said Bond to remove one of those properties which was posted by Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238 and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y. 11238 and which is his personal residence as security for the Bond,

5. I hereby advise the court that I consent to the substitution of that property as security for the Bond.

_____ x
                  Sharon Schwwartz

Sworn to before me this  1 5
Day of August 2012

MILTON P PFEIFFER
Notary Public, State of New York
No. 01PF8352365
Qualified in Richmond County
Commission Expires March 30, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

UNITED STATES OF AMERICA

                                          Case No. 10 CR 433 [SLT]

       v.

JONATHAN BRAUN

                 Defendant
_____x

    JACOB FRIEDMAN  hereby states under the penalty of perjury that I reside at 118 ~~Mieketon~~ St. Brooklyn. NY 10006  and

1.  I am a signatory [No. 14 ]to the ORDER SETTING CONDITIONS OF RELEASE

    AND BOND ["The Bond"] for Defendant Jonathan Braun,

2.  I recognize that I am potentially liable for the entire amount of this Bond should

    Mr. Braun fail to appear before the Court when required to do so,

3.  I recognize that the Bond is secured by the posting of several real estate properties,

4.  I submit this affidavit in support of the application of Joseph Streicher who is also

    a signatory on said Bond to remove one of those properties which was posted by

    Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238

    and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.

    11238 and which is his personal residence as security for the Bond,

5.  I hereby advise the court that I consent to the substitution of that property as

    security for the Bond.

                                  _____x

                                   Jacob Friedman

Sworn to before me this
  Day of August 2012

**SAMMY ZOLDAN**
**Notary Public, State of New York**
**No 4949735**
**Qualified in Richmond County**
**Commission Expires**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____ x

UNITED STATES OF AMERICA

                                                      Case No. 10 CR 433 [SLT]

      v.

JONATHAN BRAUN

                   Defendant

_____ x

CHANY ~~GODIAFF~~ *Gobioff* hereby states under the penalty of perjury that I reside at 1845

52nd  St.  Brooklyn, NY 11204 and

1. I am a signatory [No. 15 ]to the ORDER SETTING CONDITIONS OF RELEASE

   AND BOND ["The Bond"] for Defendant Jonathan Braun,

2. I recognize that I am potentially liable for the entire amount of this Bond should

   Mr. Braun fail to appear before the Court when required to do so,

3. I recognize that the Bond is secured by the posting of several real estate properties,

4. I submit this affidavit in support of the application of Joseph Streicher who is also

   a signatory on said Bond to remove one of those properties which was posted by

   Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238

   and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.

   11238 and which is his personal residence as security for the Bond,

5. I hereby advise the court that I consent to the substitution of that property as

   security for the Bond.

                                          Chany ~~Godiaff~~ *Gobioff*

Sworn to before me this *13*
Day of August 2012

MILTON P PFEIFFER
Notary Public, State of New York
No. 01PF8352365
Qualified in Richmond County
Commission Expires March 30, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————x

UNITED STATES OF AMERICA

Case No. 10 CR 433 [SLT]

v.

JONATHAN BRAUN

Defendant
————————————————————————x

RAFAEL STREICHER  hereby states under the penalty of perjury that I reside at 1118

48th St. Brooklyn, NY?????4 and

1. I am a signatory [No. 16 ]to the ORDER SETTING CONDITIONS OF RELEASE

   AND BOND ["The Bond"] for Defendant Jonathan Braun,

2. I recognize that I am potentially liable for the entire amount of this Bond should

   Mr. Braun fail to appear before the Court when required to do so,

3. I recognize that the Bond is secured by the posting of several real estate properties,

4.  I submit this affidavit in support of the application of Joseph Streicher who is also

   a signatory on said Bond to remove one of those properties which was posted by

   Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238

   and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.

   11238 and which is his personal residence as security for the Bond,

5. I hereby advise the court that I consent to the substitution of that property as

   security for the Bond.



————————————————————————x
Rafael Streicher

Sworn to before me this 14
Day of August 2012

KRYSTYNA SIERGIEJ
Notary Public, State of New York
No.01SI6233788
Qualified in Richmond County
Commission Expires December 27, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

UNITED STATES OF AMERICA

                                                    Case No. 10 CR 433 [SLT]

      v.

JONATHAN BRAUN

                  Defendant

———————————————————————— x

    CHAIM STREICHER  hereby states under the penalty of perjury that I reside at 1238

59th St. Brooklyn, N.Y.  and

1. I am a signatory [No. 17 ]to the ORDER SETTING CONDITIONS OF RELEASE
   AND BOND ["The Bond"] for Defendant Jonathan Braun,

2. I recognize that I am potentially liable for the entire amount of this Bond should
   Mr. Braun fail to appear before the Court when required to do so,

3. I recognize that the Bond is secured by the posting of several real estate properties,

4. I submit this affidavit in support of the application of Joseph Streicher who is also
   a signatory on said Bond to remove one of those properties which was posted by
   Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238
   and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.
   11238 and which is his personal residence as security for the Bond,

5. I hereby advise the court that I consent to the substitution of that property as
   security for the Bond.

                                                                                    x
                                            Chaim Streicher
Sworn to before me this  14
Day of August 2012

                              KRYSTYNA SIERGIEJ
                         Notary Public, State of New York
                                 No.01SI6233788
                            Qualified in Richmond County
                        Commission Expires December 27, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

—————————————————————————x

UNITED STATES OF AMERICA

                                                    Case No. 10 CR 433 [SLT]

        v.

JONATHAN BRAUN

                        Defendant

—————————————————————————x

ISAAK BRAUN  hereby states under the penalty of perjury that I reside at 965 East

27th St. Brooklyn, N.Y. 11210

1. I am a signatory [No. 18 ]to the ORDER SETTING CONDITIONS OF RELEASE

   AND BOND ["The Bond"] for Defendant Jonathan Braun,

2. I recognize that I am potentially liable for the entire amount of this Bond should

   Mr. Braun fail to appear before the Court when required to do so,

3. I recognize that the Bond is secured by the posting of several real estate properties,

4. I submit this affidavit in support of the application of Joseph Streicher who is also

   a signatory on said Bond to remove one of those properties which was posted by

   Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238

   and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.

   11238 and which is his personal residence as security for the Bond,

5. I hereby advise the court that I consent to the substitution of that property as

   security for the Bond.

                                                    x
                                         Isaak Braun

Sworn to before me this
Day of August 2012



Jeanette Olaya
Notary Public - State of New York
No. 01OL6163412
Qualified in Kings County
My Commission Expires March 26, 20__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____ x

UNITED STATES OF AMERICA

                                                Case No. 10 CR 433 [SLT]

      v.

JONATHAN BRAUN

                  Defendant

_____ x

    ESTHER WEISZ  hereby states under the penalty of perjury that I reside at 58 Joseph

Ave. Staten Island, N.Y. 10314

1. I am a signatory [No. 19] to the ORDER SETTING CONDITIONS OF RELEASE

    AND BOND ["The Bond"] for Defendant Jonathan Braun,

2. I recognize that I am potentially liable for the entire amount of this Bond should

    Mr. Braun fail to appear before the Court when required to do so,

3. I recognize that the Bond is secured by the posting of several real estate properties,

4. I submit this affidavit in support of the application of Joseph Streicher who is also

    a signatory on said Bond to remove one of those properties which was posted by

    Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238

    and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y.

    11238 and which is his personal residence as security for the Bond,

5. I hereby advise the court that I consent to the substitution of that property as

    security for the Bond.

_____ x
                    Esther Weisz

Sworn to before me this

_ Day of August 2012

SAMMY ZOLDAN
Notary Public, State of New York
No 4949735
Qualified in Richmond County
Commission Expires _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x

UNITED STATES OF AMERICA

                                                    Case No. 10 CR 433 [SLT]

       v.

JONATHAN BRAUN

                Defendant

———————————————————— x

STEVEN SCHWARTZ hereby states under the penalty of perjury that I reside at 29 Walcott Ave. Staten Island, N.Y. 10314 and

1. I am a signatory [No. 20] to the ORDER SETTING CONDITIONS OF RELEASE AND BOND ["The Bond"] for Defendant Jonathan Braun,

2. I recognize that I am potentially liable for the entire amount of this Bond should Mr. Braun fail to appear before the Court when required to do so,

3. I recognize that the Bond is secured by the posting of several real estate properties,

4. I submit this affidavit in support of the application of Joseph Streicher who is also a signatory on said Bond to remove one of those properties which was posted by Mr. Streicher and which is located at 239 Prospect Place Brooklyn, N. Y. 11238 and to substitute a property which is located at 1865 53rd Ave. Brooklyn, N.Y. 11238 and which is his personal residence as security for the Bond,

5. I hereby advise the court that I consent to the substitution of that property as security for the Bond.

                                       _____ x
                                       Steven Schwartz

Sworn to before me this
3 Day of August 2012

SAMMY ZOLDAN
Notary Public, State of New York
No 4949735
Qualified in Richmond County
Commission Expires