**JAMES T. MORIARTY ESQ.**
110 East 59th St. 22nd fl.
New York, N.Y. 10022
Tel. [646] 293-4601
Fax [646] 293-4606
Email-jm@jmorlaw.com

**BY ECF**

August 23, 2012

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                       **Re: United States v. Jonathan Braun**
                             10 CR 433 (SLT)

Dear Judge Townes,

   I write to advise the Court that I am enclosing a proposed new Order concerning my pending motion for substitution of property on the bond for the defendant herein. The new proposed Order reflects the fact that the Confession of Judgment by Mr. Striecher has been executed and filed with the Office of the County Clerk, Kings County. A copy of said filing is attached herein.

                                                    Respectfully submitted,

                                                    James T. Moriarty

AUSA Steven Tiscione

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA       Case No. 10 Cr 433

V.      ORDER

JONATHAN BRAUN

Defendant
---------------------------------------------------X

1. Whereas, the defendant Jonathan Braun is charged in an Indictment No. 10 Cr. 433 which is currently pending before this Court charging a violation of 18 U.S.C. 952 (a), 960 (a)(1) and related counts and;

2. Whereas, on or about Nov. 10, 2011 defendant was released from custody pursuant to an Order Setting Conditions of Release and Bond ["The Bond"] dated Nov. 10, 2011 which was issued by Magistrate Judge Victor Pohorelsky and approved by this Court, and

3. Whereas, the bond amount is Eight Million ($8,000,000) Dollars and said amount being secured by various properties against which liens have been filed in order to secure said properties to the benefit of the United States of America, and

4. Whereas, one of those properties is located at 239 Prospect Place, Brooklyn, New York, 11238 and is owned by Joseph Streicher who is also a co-signer [No. 10] on the Bond and,

5. Whereas, Joseph Streicher wishes to withdraw said property as security for the Bond and,

6. Whereas, Joseph Streicher wishes to substitute an additional property which is located at 1865 53rd St. Brooklyn, N.Y. 11204 which is his residence as security for the bond and;

7. Whereas, said property presently has an equitable value of approximately One Million Five Hundred Thousand [$1,500,000] Dollars and;

8. Whereas, Joseph Streicher has executed a Confession of Judgment in an amount of Eight Million [$8,000,000] Dollars running in favor of the United States of America as against said property which judgment becoming operable when and if defendant shall fail to appear before the Court for any required appearance and;

9. Whereas said Confession of Judgment was filed on August 16, 2012 in the Office of the County Clerk, Brooklyn, New York and a copy of same is attached to this Order and;

10. Whereas this Court has previously required as a condition of the execution of this Order the filing of affidavits by all co-signatories to the bond stating their consent to said property substitution and;

11. Whereas pursuant to said direction of the Court a filing of all said affidavits having being filed with this Court on August 15, 2012 and;

12. Whereas the Office of the United States Attorney has agreed to the substitution of properties as described herein it is hereby,

13. ORDERED that the property located at 239 Prospect Place Brooklyn, New York 11238 be released as security for the Bond and that all liens whether in the form of a confession of judgment or mortgage or otherwise and which are presently lodged against said property and running in favor of the United States be and hereby are deemed as satisfied such that no lien running in favor of the United States shall remain as against said property, and it is hereby

14. ORDERED that the property located at 1865 53rd St., Brooklyn, New York 11204 be substituted as security for said bond.

_____
Hon. Sandra L. Townes, U.S.D.J.

® X245—Confession of Judgment. Ind. or Corp. Blank Court. ©19    cr, Inc., Publisher, NYC 10013
Blumberg's Law Products                                                                www.blumberg.com

SUPREME **COURT**
COUNTY OF   KINGS _____    dex No. _____

UNITED STATES OF AMERICA

                                                      *Plaintiff(s)*        FFIDAVIT OF
    Yosef                                                                   ONFESSION OF
    ~~Yosef~~              against                                          JUDGMENT
    ~~Joseph~~  STREICHER

                                                      *Defendant(s)*

STATE OF NEW YORK, COUNTY OF   KINGS

      Yosef Ssreicher               ~~being duly sw~~         says that deponent is
    ~~the~~
                           of 1865 53rd St                    11204
    ~~a    corporation and is duly authorized to make th~~    ~~behalf of the corporate)~~
    ~~defendant herein.~~

    The defendant hereby confesses judgment herein and authorizes    against defendant in the
sum of $ 8,000,000  eight million dollars
    Defendant resides at  1865 53rd Street Brooklyn, 11
in the County of  Kings           State of  New York          endant authorizes entry
of judgment in
                         County, New York, if said resid     is not in New York State.

    This confession of judgment is for a debt justly *  to become     he plaintiff arising from
the following facts:
    If and when the United States District Cour        Eastern
District of New York shall issue an order forfei       bond and
the properties securing said bond in the case of       States of
America v. Jonathan Braun case no.10 cr 433 (SLT

                                                                          2012 AUG 16 PM 4:06
                                                                          KINGS COUNTY CLERK
                                                                          FILED

    This affidavit, if made in connection with an agreement for the purc     1,500.00 or less of any com-
modities for any use other than a commercial or business use upon any pl     rred payments whereby the
price or cost is payable in two or more installments, was executed subseq    time a default occurred in
the payment of an installment thereunder.
                                          *Krista Werns*

Sworn to before me this 16th
day of August, 2012         KRISTA WERNS
                            Notary Public, State of New York
                            No. 04WE6219517                                  ust be printed beneath
                            Qualified in Kings County            JOSEPH STREICHER
                            Commission Expires March 29, 2014
                                                                 Yos

† Strike out matter in parenthesis if defendant is individual.
* Insert words "to become" if debt is not yet due.
** If in a city court, insert name of court. UCCA §1403.

| | | |
|---|---|---|
| SUPREME COURT COUNTY OF KINGS | | Index No. Address of Plaintiff: |
| UNITED STATES ~~CA~~ against JOSEPH STREICH~~ER~~ | Plaintiff(s) Defendant(s) | US District Courthouse 225 Cadman Plaza East Brooklyn, NY 11201 |
| | | **JUDGMENT BY CONFESSION** |

| | | |
|---|---|---|
| Amount Confessed | - - - - - - | $ |
| Interest | | |
| | | $ |
| Costs by Statute | - - - - - - | ~~200 00~~ |
| Transcript | | 15 00 |
| Fees on Execution | | |
| Satisfaction | | ~~35 00~~ |
| Filing Fee | - - - - - - | 210 00 |
| | Total | 225 00 $ |

STATE OF NEW YO~~RK~~ ~~COUN~~TY OF KINGS          ATTORNEY'S AFFIRMATION

The undersigned, ~~an attorney at~~ law of the State of New York, affirms that he is

attorney(s) of record fo~~r plaintiff~~ herein and states that the disbursements above specified are correct
and true and have been ~~or will necess~~arily be made or incurred herein and are reasonable in amount and affirms
this statement to be true ~~under the pe~~nalties of perjury.

Dated: 8/16/2~~012~~                  _[signature]_

                                      Print Name Beneath Signature

            __4__ day of August 2012

JUDGMENT ent~~ered upon Affidavit~~ of Confession of Judgment made by the defendant herein, sworn to
On filing the fore~~going on this __ day__ Uni~~ted States Attorney Eastern District of New York
the ___ day o~~f ___, 20__,~~
NOW, ON MOT~~ION of ___,~~ ~~Unit~~ed States of America
attorney(s) for plaintif~~f, it is __                                                                    plaintiff,
ADJUDGED tha~~t plaintiff,~~ ~~Cou~~rthouse 225 Cadman Plaza East, Brooklyn N.Y. 11201

residing at U.S. Dis~~trict~~ ~~__~~
do recover of Joseph ~~Streicher__~~ B~~rooklyn N.Y. 11204                                           defendant,
    1865 ~~___~~
residing at ~~___~~       ~~with~~ interest of $ 0   making a total of $ 8,000,000.00
the sum of $ 8,0~~00,000__~~ ~~with co~~sts and disbursements, amounting in all to the sum of $ 8,000,225.00
together with $ 2~~25__~~ ~~and executi~~on therefor.
and that the plaintiff ~~have__~~

                                      _[signature]_ Nancy T. ~~Sunshine~~ Clerk