UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA                    Case No. 10 Cr 433

V.                                          ORDER

JONATHAN BRAUN

              Defendant
_____x

1. Whereas, the defendant Jonathan Braun is charged in an Indictment No. 10 Cr. 433 which is currently pending before this Court charging a violation of 18 U.S.C. 952 (a), 960 (a)(1) and related counts and;

2. Whereas, on or about Nov. 10, 2011 defendant was released from custody pursuant to an Order Setting Conditions of Release and Bond ["The Bond"] dated Nov. 10, 2011 which was issued by Magistrate Judge Victor Pohorelsky and approved by this Court, and

3. Whereas, the bond amount is Eight Million ($8,000,000) Dollars and said amount being secured by various properties against which liens have been filed in order to secure said properties to the benefit of the United States of America, and

4. Whereas, one of those properties is located at 239 Prospect Place, Brooklyn, New York, 11238 and is owned by Joseph Streicher who is also a co-signer [No. 10] on the Bond and,

5. Whereas, Joseph Streicher wishes to withdraw said property as security for the Bond and,

6. Whereas, Joseph Streicher wishes to substitute an additional property which is located at 1865 53rd St. Brooklyn, N.Y. 11204 which is his residence as security for the bond and;

7. Whereas, said property presently has an equitable value of approximately One Million Five Hundred Thousand [$1,500,000] Dollars and;

8. Whereas, Joseph Streicher has executed a Confession of Judgment in an amount of Eight Million [$8,000,000] Dollars running in favor of the United States of America as against said property which judgment becoming operable when and if defendant shall fail to appear before the Court for any required appearance and;

9. Whereas said Confession of Judgment was filed on August 16, 2012 in the Office of the County Clerk, Brooklyn, New York and a copy of same is attached to this Order and;

10. Whereas this Court has previously required as a condition of the execution of this Order the filing of affidavits by all co-signatories to the bond stating their consent to said property substitution and;

11. Whereas pursuant to said direction of the Court a filing of all said affidavits having being filed with this Court on August 15, 2012 and;

12. Whereas the Office of the United States Attorney has agreed to the substitution of properties as described herein it is hereby,

13. ORDERED that the property located at 239 Prospect Place Brooklyn, New York 11238 be released as security for the Bond and that all liens whether in the form of a confession of judgment or mortgage or otherwise and which are presently lodged against said property and running in favor of the United States be and hereby are deemed as satisfied such that no lien running in favor of the United States shall remain as against said property, and it is hereby

14. ORDERED that the property located at 1865 53rd St., Brooklyn, New York 11204 be substituted as security for said bond.

s/ SLT
_____
Hon. Sandra L. Townes, U.S.D.J.

8/31/12

X 245—Confession of Judgment. Ind. or Corp. Blank Court.  ...IOR. INC., PUBLISHER, NYC 10013  www.blumberg.com

SUPREME **COURT**
**COUNTY OF** KINGS                                                              ...dex No.

UNITED STATES OF AMERICA

                                              *Plaintiff(s)*        *AFFIDAVIT OF*
YOSEF                against                                        *CONFESSION OF*
~~JOSEPH~~ STREICHER                                                *JUDGMENT*

                                              *Defendant(s)*

**STATE OF NEW YORK, COUNTY OF** KINGS

YOSEF STREICHER ~~being duly sworn~~ ...says that deponent is
~~the~~ of 1865 53rd ST                                             11204
~~a~~                                                               ~~on behalf of the corporate~~
~~corporation and is duly authorized to make this~~
~~defendant herein.~~

The defendant hereby confesses judgment herein and authorizes ...against defendant in the
sum of $ 8,000,000  EIGHT MILLION DOLLARS
Defendant resides at 1865 53rd Street Brooklyn, 11...
in the County of Kings        State of New York                     ...endant authorizes entry
of judgment in
                         County, New York, if said resid...         ...is not in New York State.

This confession of judgment is for a debt justly * to become        ...he plaintiff arising from
the following facts:
    If and when the United States District Cour...                  ...Eastern
District of New York shall issue an order forfeit...                ...bond and
the properties securing said bond in the case of                    States of
America v. Jonathan Braun case no. 10 cr 433 (SLT...

                                                                    2012 AUG 16 PM 4:06
                                                                    KINGS COUNTY CLERK
                                                                    FILED

This affidavit, if made in connection with an agreement for the pur...  ...1,500.00 or less of any com-
modities for any use other than a commercial or business use upon any pl...  ...rred payments whereby the
price or cost is payable in two or more installments, was executed subsequ...  ...time a default occurred in
the payment of an installment thereunder.
                                   /s/ Krista Werns

Sworn to before me this 16th
day of August, 2012
            KRISTA WERNS
            Notary Public, State of New York
            No. 04WE6219517
            Qualified in Kings County                  JOSEPH STREICHER
            Commission Expires March 29, 2014
                                                       YOS...

† Strike out matter in parenthesis if defendant is individual.
* Insert words "to become" if debt is not yet due.
** If in a city court, insert name of court. UCCA §1403.

SUPREME COU[RT]
COUNTY OF KINGS

16904/12  OK

UNITED STATES [OF AMERI]CA

Plaintiff(s)

[ag]ainst

JOSEPH STREICH[ER]

Defendant(s)

Index No.
Address of Plaintiff:
US District Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**JUDGMENT BY CONFESSION**

| | | |
|---|---|---|
| Amount Confessed | - - - - - - | $ |
| Interest - - | | |
| | | $ |
| Costs by Statute - - | - - - - - - | ~~200.00~~ |
| Transcript - - - | - - - - - - | 15.00 |
| Fees on Execution - | | |
| Satisfaction - - | - - - - - - | ~~35.00~~ |
| Filing Fee - - - | - - - - - - | 210.00 |
| | Total | 225.00 $ |

STATE OF NEW YO[RK] [COUN]TY OF KINGS    **ATTORNEY'S AFFIRMATION**

The undersigned, [an attorney at] law of the State of New York, affirms that   he is

attorney(s) of record fo[r plainti]ff    herein and states that the disbursements above specified are correct
and true and have been o[r necess]arily be made or incurred herein and are reasonable in amount and affirms
this statement to be true [under pe]nalties of perjury.

Dated: 8/16/2[012]

[This] day of August 2012

JUDGMENT ente[red...]
On filing the foreg[oing Affidavi]t of Confession of Judgment made by the defendant  herein, sworn to
the         day of [... Uni]ted States Attorney Eastern District of New York
NOW, ON MOTI[ON of ...]
attorney(s) for plaintif[f, it is ...]ed States of America
**ADJUDGED** tha[t ...]                                                         plaintiff ,

residing at U.S. Dis[trict Cou]rthouse 225 Cadman Plaza East,Brooklyn N.Y. 11201
do recover of Joseph [Streicher]
            1865 5[...]                                                         defendant ,
residing at [... B]rooklyn N.Y.11204
the sum of $ 8,0[00.00 with] interest of $ 0 making a total of $ 8,000,000.00
together with $ 2[25.00 co]sts and disbursements, amounting in all to the sum of $ 8,000,225.00
and that the plaintiff [have executi]on therefor.

_____Clerk

Index No.

SUPREME COURT
COUNTY OF KINGS

UNITED STATES OF AMERICA

Defendant(s)

JONATHAN BRAUN

**Affidavit and Judgment by Confession**

UNITED STATES ATTORNEY
EASTERN DISTRICT OF
NEW YORK

Attorney(s) for Plaintiff
Office and Post Office Address
271 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201
(718) 25[4-7000]