# Meringolo & Associates, P.C.
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringololaw.com

September 5, 2012

**BY ECF**
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza
New York, NY 11201

Re:     *United States v. Jonathan Braun,* **10-CR-433 (SLT)**

Dear Judge Townes:

On behalf of Mr. Braun, and with consent from the government, I respectfully submit this request that Your Honor grant Mr. Braun temporary leave from the house arrest restriction of his bail conditions so he may observe religious holiday services. Mr. Braun is an Orthodox Jew and staunch observer. As the upcoming weeks contain the highest holidays of the Jewish religion, attached is a letter from Rabbi Lehrfield, of Young Israel of Staten Island, Mr. Braun's congregation, detailing the dates and times of holiday services. See **Exhibit A**. For the convenience of the court, such dates and times are detailed below:

September 16 – Rosh Hashana Eve: 6:30pm – 8:00pm
September 17 – Rosh Hashana: 8:15am – 1:00pm and 6:15pm-8:00pm
September 18 – Rosh Hashana: 8:15am – 1:00pm and 6:15pm-8:00pm
September 25 – Yom Kippur Eve: 6:30pm – 8:30pm
September 26 – Yom Kippur: 8:15am – 7:45pm
September 30 – Succot Eve: 6:30pm – 8:15pm
October 1 – Succot: 8:30am – 1:00pm
October 2 – Succot: 8:30am – 1:00pm
October 8 – Shemini Atzeres: 8:30am – 11:30am and 6:30pm – 9:00pm
October 9 – Simchat Torah: 8:30am – 11:30am

The Synagogue of Young Israel of Staten Island is located at 835 Forrest Hill Road, Staten Island, New York 10314.

Thank you for your thoughtful consideration of this request.

                                                Respectfully Submitted,

                                          _____/s/_____
                                          John C. Meringolo, Esq.

Cc:    AUSA Steven Tiscione (via ECF)
        Anna Lee (via electronic mail)