

# YOUNG ISRAEL OF STATEN ISLAND

835 FOREST HILL ROAD, STATEN ISLAND, NY 10314
PHONE: 718-494-6700 | FAX: 718-494-6686 | YISI.ORG

RAV YAAKOV LEHRFIELD, RABBI RAV ZVI RALBAG, ASSISTANT RABBI RAV YAAKOV MARCUS, RABBI EMERITUS MOTI SCHWARTZ, PRESIDENT

Sept 2, 2012

To Whom It May Concern,

Mr. Jonathan Braun is a member in my congregation. I understand that he is presently under "house arrest".

The Jewish High Holiday season is fast approaching and I am asking for some understanding and leniency in allowing Mr. Braun to attend religious services in our synagogue.

The dates and times for services this year are as follows:

Sept 16 - Rosh Hashana Eve - 6:30 PM - 8:00 PM
Sept 17, 18 - Rosh Hashana - 8:15 AM - 1:00 PM 6:15 PM - 8:00
Sept 25 - Yom Kippur Eve - 6:30 PM - 8:30 PM
Sept 26 - Yom Kippur - 8:15 AM - thru 7:45 PM
Sept 30 - Succot Eve - 6:30 PM - 8:15 PM
Oct 1, 2 - Succot - 8:30 AM - 1:00 PM
Oct 8 - Shemini Atzeres - 8:30 AM - 11:30 AM - 6:30 PM - 9 PM
Oct 9 - Simchat Torah - 8:30 AM - 11:30 AM

Thank you
Sincerely
Rabbi Y. Lehrfield



והשיב לב אבות על בנים ולב בנים על אבותם



# YOUNG ISRAEL OF STATEN ISLAND

835 FOREST HILL ROAD, STATEN ISLAND, NY 10314
PHONE: 718-494-6700 | FAX: 718-494-6686 | YIS1.ORG

RAV YAAKOV LEHRFIELD, RABBI    RAV ZVI RALBAG, ASSISTANT RABBI    RAV YAAKOV MARCUS, RABBI EMERITUS    MOTI SCHWARTZ, PRESIDENT

Sept 2, 2012

To Whom It May Concern,

Mr. Jonathan Braun is a member in my congregation. I understand that he is presently under "house arrest".

The Jewish High Holiday season is fast approaching and I am asking for some understanding and leniency in allowing Mr. Braun to attend religious services in our synagogue.

The dates and times for services this year are as follows.

Sept 16 - Rosh Hashana Eve - 6:30 PM - 8:00 PM
Sept 17, 18 - Rosh Hashana - 8:15 AM - 1:00 PM   6:15 PM - 8:00
Sept 25 - Yom Kippur Eve - 6:30 PM - 8:30 PM
Sept 26 - Yom Kippur - 8:15 AM - thru 7:45 PM
Sept 30 - Succot Eve - 6:30 PM - 8:15 PM
Oct 1, 2 - Succot - 8:30 AM - 1:00 PM
Oct 8 - Shemini Atzeres - 8:30 AM - 11:30 AM - 6:30 PM - 9 PM
Oct 9 - Simchat Torah - 8:30 AM - 11:30 AM

Thank you
Sincerely
Rabbi Y. Lehrfield



והשיב לב אבות על בנים ולב בנים על אבותם