**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringololaw.com

September 6, 2012

**BY ECF**
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza
New York, NY 11201

Re:   *United States v. Jonathan Braun,* **10-CR-433 (SLT)**

Dear Judge Townes:

In furtherance of our September 5, 2012, letter to Your Honor requesting Mr. Braun be granted temporary leave from his house arrest for religious observance, we write to respectfully inform Your Honor that both Ms. Anna Lee, Pretrial Services, and the government consent to Mr. Braun's request for temporary leave.

Thank you for your thoughtful consideration of this request.

Respectfully Submitted,

_____/s/_____
John C. Meringolo, Esq.

Cc:   AUSA Steven Tiscione (via ECF)
      Anna Lee (via electronic mail)