**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringololaw.com

September 6, 2012

**BY ECF**
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza
New York, NY 11201

Re:   *United States v. Jonathan Braun*, **10-CR-433 (SLT)**

Dear Judge Townes:

      In furtherance of our September 5, 2012, letter to Your Honor requesting Mr. Braun be granted temporary leave from his house arrest for religious observance, we write to respectfully inform Your Honor that both Ms. Anna Lee, Pretrial Services, and the government consent to Mr. Braun's request for temporary leave.

      Thank you for your thoughtful consideration of this request.

Respectfully Submitted,

_____/s/_____
John C. Meringolo, Esq.

Cc:   AUSA Steven Tiscione (via ECF)
       Anna Lee (via electronic mail)

## Meringolo & Associates, P.C.
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringololaw.com

September 5, 2012

**BY ECF**
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza
New York, NY 11201

Re:   *United States v. Jonathan Braun, 10-CR-433 (SLT)*

Dear Judge Townes:

On behalf of Mr. Braun, and with consent from the government, I respectfully submit this request that Your Honor grant Mr. Braun temporary leave from the house arrest restriction of his bail conditions so he may observe religious holiday services. Mr. Braun is an Orthodox Jew and staunch observer. As the upcoming weeks contain the highest holidays of the Jewish religion, attached is a letter from Rabbi Lehrfield, of Young Israel of Staten Island, Mr. Braun's congregation, detailing the dates and times of holiday services. See **Exhibit A**. For the convenience of the court, such dates and times are detailed below:

September 16 – Rosh Hashana Eve: 6:30pm – 8:00pm
September 17 – Rosh Hashana: 8:15am – 1:00pm and 6:15pm-8:00pm
September 18 – Rosh Hashana: 8:15am – 1:00pm and 6:15pm-8:00pm
September 25 – Yom Kippur Eve: 6:30pm – 8:30pm
September 26 – Yom Kippur: 8:15am – 7:45pm
September 30 – Succot Eve: 6:30pm – 8:15pm
October 1 – Succot: 8:30am – 1:00pm
October 2 – Succot: 8:30am – 1:00pm
October 8 – Shemini Atzeres: 8:30am – 11:30am and 6:30pm – 9:00pm
October 9 – Simchat Torah: 8:30am – 11:30am

The Synagogue of Young Israel of Staten Island is located at 835 Forrest Hill Road, Staten Island, New York 10314.

The application is  X granted.   ___ denied.
SO ORDERED.
s/ SLT
Sandra L. Townes, U.S.D.J.
Dated: September 13, 2012
Brooklyn, New York

Thank you for your thoughtful consideration of this request.

Respectfully Submitted,

_____/s/_____
John C. Meringolo, Esq.

Cc: AUSA Steven Tiscione (via ECF)
Anna Lee (via electronic mail)

2



# YOUNG ISRAEL OF STATEN ISLAND
835 FOREST HILL ROAD, STATEN ISLAND, NY 10314
PHONE: 718-494-6700 | FAX: 718-494-6686 | YISI.ORG

RAV YAAKOV LEHRFIELD, RABBI    RAV ZVI RALBAG, ASSISTANT RABBI    RAV YAAKOV MARCUS, RABBI EMERITUS    MOTI SCHWARTZ, PRESIDENT

Sept 2, 2012

To Whom It May Concern,

Mr. Jonathan Braun is a member in my congregation. I understand that he is presently under "house arrest".

The Jewish High Holiday season is fast approaching and I am asking for some understanding and leniency in allowing Mr. Braun to attend religious services in our synagogue.

The dates and times for services this year are as follows:

Sept 16 - Rosh Hashana Eve - 6:30 PM - 8:00 PM
Sept 17, 18 - Rosh Hashana - 8:15 AM - 1:00 PM    6:15 PM - 8:00 PM
Sept 25 - Yom Kippur Eve - 6:30 PM - 8:30 PM
Sept 26 - Yom Kippur - 8:15 AM - thru 7:45 PM
Sept 30 - Succot Eve - 6:30 PM - 8:15 PM
Oct 1, 2 - Succot - 8:30 AM - 1:00 PM
Oct 8 - Shemini Atzeres - 8:30 AM - 11:30 AM - 6:30 PM - 9 PM
Oct 9 - Simchat Torah - 8:30 AM - 11:30 AM

Thank you
Sincerely
Rabbi Y. Lehrfield

והשיב לב אבות על בנים ולב בנים על אבותם

# YOUNG ISRAEL OF STATEN ISLAND

835 FOREST HILL ROAD, STATEN ISLAND, NY 10314
PHONE: 718-494-6700 | FAX: 718-494-6686 | YISI.ORG

RAV YAAKOV LEHRFIELD, RABBI    RAV ZVI RALBAG, ASSISTANT RABBI    RAV YAAKOV MARCUS, RABBI EMERITUS    MOTI SCHWARTZ, PRESIDENT

Sept 2, 2012

To Whom It May Concern,

Mr Jonathan Braun is a member in my congregation. I understand that he is presently under "house arrest".

The Jewish High Holiday season is fast approaching and I am asking for some understanding and leniency in allowing Mr. Braun to attend religious services in our synagogue.

The dates and times for services this year are as follows.

Sept 16 - Rosh Hashana Eve - 6:30 PM - 8:00 PM
Sept 17, 18 - Rosh Hashana - 8:15 AM - 1:00 PM    6:15 PM - 8:00 PM
Sept 25 - Yom Kippur Eve - 6:30 PM - 8:30 PM
Sept 26 - Yom Kippur - 8:15 AM thru 7:45 PM
Sept 30 - Succot Eve - 6:30 PM - 8:15 PM
Oct 1, 2 - Succot - 8:30 AM - 1:00 PM
Oct 8 - Shemini Atzeres - 8:30 AM - 11:30 AM - 6:30 PM - 9 PM
Oct 9 - Simchat Torah - 8:30 AM - 11:30 AM

Thank you
Sincerely
Rabbi Y. Lehrfield

והשיב לב אבות על בנים ולב בנים על אבותם