**Meringolo & Associates, P.C.**
375 Greenwich Street, 7th floor
New York, New York 10013
(347) 599-0992 / (212) 202-4936 fax
meringololaw.com

December 3, 2012

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re:  United States v. Jonathan Braun

Dear Judge Towns:

This letter is to respectfully request that Mr. Braun be allowed to travel to his grandparent's house on December 8, 2012 for Chanukah. The address is 145 Saddle River Rd Monsey, N.Y. 10952.

He would like to be able to leave his house at 5:45 pm, and it will take 1 hour and 15 minutes to get there. It will be over no earlier than midnight and no later than 12:30AM,  and with travel time he will return home by 2:00 am of December 9, 2012. AUSA Steven Tiscione and Probation have no objection to this request.

If you have any questions do not hesitate to contact me.

Sincerely,

John Meringolo, Esq.