**Meringolo & Associates, P.C.**
375 Greenwich Street, 7th floor
New York, New York 10013
(347) 599-0992 / (212) 202-4936 fax
meringololaw.com

10-CR-433

December 21, 2012

**VIA ECF**
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

The application is ✗ granted.
SO ORDERED.     ___ denied.
s/ SLT

Sandra L. Townes, U.S.D.J.
Dated: January 31, 2013
Brooklyn, New York

Re:  United States v. Jonathan Braun

Dear Judge Townes:

This letter is to respectfully request that Mr. Braun be allowed to leave his home to attend job interviews. He is hoping to start the job search process as soon as possible and become gainfully employed.

Mr. Braun has already been approved by Pre-trial Services, and there is no objection to this request by the AUSA to attend job interviews so Mr. Braun is therefore requesting permission. If Mr. Braun obtains employment, he will notify Pre-trial Services immediately in order to receive approval for the hours he may be working. Therefore, we respectfully request that Mr. Braun be allowed to go on job interviews and, if he is hired, that he be granted permission by the Court to work.

Thank you for your consideration of this request.

Sincerely,

John Meringolo, Esq.