**Meringolo & Associates, P.C.**
375 Greenwich Street, 7th floor
New York, New York 10013
(347) 599-0992 / (212) 202-4936 fax
meringololaw.com

---

March 22, 2013

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

    **Re*:*  *United States v. Jonathan Braun,* 10-cr-433**

Dear Judge Townes:

    On behalf of defendant Mr. Braun, I write to request modification of his bail conditions to permit him to leave his residence so that he may attend religious services at his synagogue. Particularly, he requests to be able to attend religious services for Passover. Services are scheduled daily from the evening of March 25, 2013 and up to and including the evening of April 2, 2013. The exact days and times of each service were provided to Pretrial Services. The Pretrial Services Office has no objection to Mr. Braun having religious services privileges.

    Therefore, I respectfully request his bond be modified to allow him to attend religious services.

    Thank you for your consideration of this submission.

                                                                   Sincerely,

                                                                   _/s/_____
                                                                   John Meringolo, Esq.

CC: AUSA Steven Tiscione