

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 9, 2013

**FILED BY ECF**
**COURTESY COPY BY INTEROFFICE MAIL**
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Jonathan Braun
          Cr. No. 10-433 (S-1)(SLT)

Dear Judge Townes:

    Enclosed please find a proposed Preliminary Order of Forfeiture in the above-captioned case, the terms of which defendant Jonathan Braun has agreed to in a plea agreement entered into in connection with his guilty plea accepted before Magistrate Judge Viktor V. Pohorelsky on November 3, 2011. Accordingly, the government respectfully requests that the Court "so order" the enclosed.

    Thank you for Your Honor's consideration of this request.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        UNITED STATES ATTORNEY

                        /s/
                        Brian D. Morris
                        Assistant United States Attorney
                        (718) 254-6512

Encl.

cc:  <u>Via ECF</u>
     John C. Meringolo , Esq.

     <u>Via Interoffice Mail</u>
     AUSA Steven Lawrence Tiscione