TRP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-                                10-CR-433 (S-1)(SLT)

JONATHAN BRAUN,
ELBI CESPEDES and
AKIVA SALTZMAN,

        DefendantS.

- - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Assistant United States Attorney Tanisha R. Payne from this point forward will be added as counsel for the United States in the above-captioned matter.

The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Tanisha R. Payne at the email address set forth below:

```
       Assistant United States Attorney Tanisha R. Payne
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East, 5th Floor
       Tel: (718) 254-6358
       Fax: (718) 254-6321
       Email: Tanisha.Payne@usdoj.gov


Dated:    Brooklyn, New York
          September 12, 2013

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                   By:        /s/ Tanisha R. Payne
                              _____
                              Tanisha R. Payne
                              Assistant U.S. Attorney

cc:  Clerk of the Court (SLT)
```