**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
meringololaw.com

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 23 2013 ★

BROOKLYN OFFICE

December 9, 2013

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

    Re: *United States v. Jonathan Braun,* **10-CR-433 (SLT)**

Dear Judge Townes:

    On behalf of defendant Mr. Braun, I write to request an amendment to his current location monitoring limitations. I have been recently been advised that Mr. Braun is engaged to be married, and that his fiancé is 4-5 weeks pregnant. As a result of this situation, Mr. Braun requests permission to leave his residence for various activities related to his wedding and fiancée's pregnancy. If granted by the Court, Mr. Braun will direct all of said requests to Pretrial Services.

    In regard to the upcoming nuptials, Mr. Braun requests to visit the tomb site of the rabbi, as per religious custom at the time of an engagement, with his fiancée. The site, called the Ohel Chabad-Lubavitch Center, is located at 226-20 Francis Lewis Boulevard in Cambria Heights, New York. Afterwards, he would like to visit his future in-laws to make the official announcement that night.

    Secondly, Mr. Braun requests to attend his engagement party, wedding, and a seven-night ceremony referred to as "Sheva Brachot," in which close family members gather at a home or restaurant and recite blessings for the newly married couple. Mr. Braun also requests time to shop for a wedding ring, attend tuxedo fittings, and conduct other similar activities to plan the wedding.

    In regard to his fiancée's pregnancy, Mr. Braun would like to accommodate his future wife to medical appointments. Furthermore, he would like time to look for a new residence, as he will not be living with his parents once he is married.

      Pretrial Services consents to these requests and agrees to work out all of the details with Mr. Braun, including the time and location for each leave. AUSA Tiscione also does not object to these requests.

      Thank you in advance for your consideration of these requests.

                                                Sincerely,

                                                /s/_____
                                                John Meringolo, Esq.

CC: All counsel (via ECF)

The application is  X granted
                        ___ denied

sSandra L. Townes
_____
Sandra L. Townes, U.S.D.J.
Dated: December 10, 2013
Brooklyn, New York