**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
meringololaw.com

---

May 10, 2017

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      **Re**: *United States v. Jonathan Braun,* **10-CR-433 (SLT)**

Dear Judge Townes:

      On behalf of defendant Jonathan Braun, I respectfully request that Mr. Braun's bail conditions be modified. Currently, Mr. Braun abides by a curfew and is electronically monitored. We request that the Court order the removal of both restrictions from his bail conditions. Both Pre-trial Services and the Assistant United States Attorney consent to this request.

      Mr. Braun is gainfully employed and living with his wife and two young children. If his request is granted, Mr. Braun will continue to adhere to the rest of his bail conditions.

      Thank you for your consideration of this submission.

                                               Sincerely,

                                               /s/
                                             John Meringolo, Esq.

CC: All counsel (via ECF)

                              The application is  X granted.
                                                           ___ denied.
                              SO ORDERED.
                                       s/SLT
                              Sandra L. Townes, U.S.D.J.
                              Dated: May 10, 2017
                                   Brooklyn, New York