Honorary Judge Townes,

I have personally known Jonathan since meeting him at a friend's house when I was 16 years old over Passover.

It is impossible to go through life without making decisions that one regrets. Whether or not someone wants to admit, I believe this to be a fundamental truth to ones existence. How one reacts and behaves following situations falling into this category sheds light on ones true character.

I lost my father 14 years ago this may. He had a lot of great sayings, and one of my favorites was: intelligent people learn from other people's mistakes, ignorant people learn from their own mistakes, and stupid people don't learn. Talent lacking direction occasionally can lead us to an undesirable path. Action in adversity in my opinion is the truest demonstration of judgment and honor. I know that Jonathan has made mistakes in life and will readily admit that. Today, with a head held high, I can say that I couldn't be prouder of how Jonathan has handled himself and taken control of those facets of life where he controls his own destiny.

I have known Jonathan all throughout my latter years of high school, to University at Columbia in NYC, to my working around the globe for Morgan Stanley and Goldman Sachs. I do not say this lightly that I am jealous of what Jonathan has accomplished in the last few years. A lesser man, would have thrown in the towel, or searched for an easy way out, given the long-term uncertainty. I do not believe that I would have been capable of accomplishing what Jonathan has done, nor do I believe that I would have actually survived. I have had the privilege to be there at Jonathan's wedding and the to see him as a father.

The world is a better place with Jonathan firing on all cylinders and I look forward to the future and the positive influence that I know Jonathan will be as a son, brother, friend, uncle, husband, and, most importantly, now as a Father.

Respectfully Yours,

Sean Mirmelli