UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                              10-CR-433 (KAM)

Jonathan Braun,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Craig R. Heeren from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Craig R. Heeren
> United States Attorney's Office (Criminal Division)
> 271 Cadman Plaza East
> Brooklyn, New York 11217
> Tel: (718) 254-6467
> Fax: (718) 254-6320
> Email: craig.heeren@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Craig R. Heeren at the email address set forth above.

Dated: Brooklyn, New York
        June 18, 2018

                                    Respectfully submitted,

                                    RICHARD P. DONOGHUE
                                  United States Attorney

                      By:   /s/ Craig R. Heeren
                            Craig R. Heeren
                            Assistant U.S. Attorney

cc:     Clerk of the Court (KAM)