**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringololaw.com

May 2, 2019

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *United States v. Jonathan Braun*, 10-CR-433 (KAM)

Dear Judge Matsumoto:

  We respectfully write the Court to request a rescheduling of Jonathan Braun's sentencing, which is currently scheduled for Thursday, May 9th, at 11:00 am. Due to an unforeseen scheduling conflict, undersigned counsel cannot appear at that time. We have conferred with the government and they are amenable to rescheduling for either Monday, May 6th, or Tuesday, May 7th, at any time after 1:00 pm. Counsel is also available any time on Wednesday, May 8th. We apologize to the Court for any inconvenience.

  Thank you for your consideration of this request.

                Respectfully submitted,

                _____/s/_____
                John Meringolo, Esq.

CC: All counsel (via ECF)