

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LDM:TRP
F. #2010R00407

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 10, 2019

<u>By ECF</u>
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  <u>United States v. Jonathan Braun</u>
      <u>Criminal Docket No. 10-433 (KAM)</u>

Dear Judge Matsumoto:

   On or about April 19, 2013, the Court entered a Preliminary Order of Forfeiture ("Order") (Dkt. #105) in the above-captioned case against the defendant, Jonathan Braun, following the defendant's guilty plea to violations of 21 U.S.C. § 1963 and 18 U.S.C. § 1956(h). As set forth in the Order, the defendant consented to the forfeiture of the following assets: (a) four hundred seventy-seven thousand five hundred sixty-five dollars and zero cents ($477,565.00) in United States currency seized on May 11, 2009; (b) seventy-seven thousand dollars and zero cents ($77,000.00) in United States currency seized on May 26, 2010 from the defendant's residence; (c) five hundred four thousand one hundred dollars and zero cents ($504,100.00) in United States currency seized on February 14, 2011 from multiple safety deposit boxes controlled by the defendant; and (d) thirty two thousand five hundred dollars and zero cents ($32,500.00) in United States currency voluntarily surrendered on April 1, 2011 (collectively, the "Subject Assets").

   Although the parties anticipated that the Subject Assets would be forfeited in this proceeding, this Office subsequently learned that the Subject Assets have already been administratively forfeited by the Drug Enforcement Administration. As such, the government respectfully requests that the Court vacate the Preliminary Order of Forfeiture entered in this case.

2

Thank you for Your Honor's consideration of this submission.

                              Respectfully submitted,

                              RICHARD P. DONOGHUE
                              United States Attorney

By:    /s/ Tanisha Payne
                              Tanisha R. Payne
                              Assistant U.S. Attorney
                              (718) 254-6358

cc:    Counsel of Record (by ECF)