

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
F. #2008R01013

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 17, 2019

By ECF

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jonathan Braun
                Criminal Docket No. 10-433 (KAM)

Dear Judge Matsumoto:

      The government respectfully requests that the Court adjourn the sentence hearing scheduled for May 23, 2019, to a date thereafter that is convenient for the Court. The undersigned will be on work travel in a foreign country from May 19 to May 24. Accordingly, the government respectfully requests a new data that is convenient for the Court and defendant. Counsel for the government is generally available any date the following two weeks, except for Wednesday, May 29 from 1PM to 2PM.

                              Respectfully submitted,

                              RICHARD P. DONOGHUE
                              United States Attorney

                By:    /s/ Craig R. Heeren
                        Craig R. Heeren
                        Assistant U.S. Attorney
                        (718) 254-6467

cc:    John Meringolo, Esq. (*counsel for defendant*) (by email)