AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 10-CR-433 (KAM) |
| **Jonathan Braun** | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Jonathan Braun**.

Date:  **May 24, 2019**

/s/ Anjelica Cappellino
*Attorney's signature*

Anjelica Cappellino, AC8382
*Printed name and bar number*

Meringolo & Associates, P.C.
375 Greenwich Street, 7th floor
New York, NY 10013
*Address*

anjelica@meringololaw.com
*E-mail address*

(212) 941-2077
*Telephone number*

(212) 202-4936
*FAX number*