**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

<u>**TO BE COMPLETED BY ATTORNEY:**</u>

**CASE NAME:** _____ v.

_____

**DOCKET NUMBER:** _____

**COUNSEL'S NAME:** _____

**COUNSEL'S ADDRESS:** _____

_____

**COUNSEL'S PHONE:** _____

**QUESTIONNAIRE**

\_\_\_ I am ordering a transcript.

\_\_\_ I am not ordering a transcript.   Reason:   \_\_\_ Daily copy available   \_\_\_ U.S. Atty. placed order
\_\_\_Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

\_\_\_   Pre-trial proceedings:_____
(Description & Dates)

\_\_\_   Trial:_____
(Description & Dates)

\_\_\_   Sentencing:_____
(Description & Dates)

\_\_\_   Post-trial proceedings:_____
(Description & Dates)

I,_____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:   \_\_\_Funds   \_\_\_CJA Form 24

_____   _____
Counsel's Signature                                                             Date

<u>**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**</u>

**ACKNOWLEDGMENT**

Date order received: _____     Estimated Number of Pages: _____

Estimated completion date: _____

_____   _____
Court Reporter's Signature                                                  Date

**<u>Attorney(s):</u>** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**<u>Court Reporter(s):</u>** Send completed acknowledgement to the Court of Appeals Clerk.