

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
2010R00407 / OCDETF # NY-NYE-578

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 18, 2019

Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Jonathan Braun
                 Criminal Docket No. 10-433 (KAM)

Dear Judge Matsumoto:

        The government respectfully submits this letter in response to the defendant's motion to extend his self-surrender date. The government does not object to the requested extension of time.

        Respectfully submitted,

        Richard Donoghue
        United States Attorney

By:    /s/ Craig R. Heeren
        Craig R. Heeren
        Assistant U.S. Attorney
        (718) 254-6467

cc:    John Meringolo, Esq. (by Email)