AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 10-cr-433 (KAM) |
| Jonathan Braun | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jonathan Braun                                                                                      .

Date:   10/03/2019

/s
*Attorney's signature*

Marc Fernich 2472595
*Printed name and bar number*

Law Office of Marc Fernich
810 Seventh Ave., Ste. 620
New York, NY 100019
*Address*

maf@fernichlaw.com
*E-mail address*

(212) 446-2346
*Telephone number*

(212) 459-2299
*FAX number*