UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

          -v.-                                     10 CR 433 (KAM)

**JONATHAN BRAUN,**

                      *Defendant.*
-------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying affidavit of Jonathan Braun, sworn Sept. 29, 2019, and its annexed exhibits; the accompanying declarations of John Meringolo, Esq. and Anjelica Cappellino, Esq., both dated Oct. 1, 2019; and the accompanying memorandum of law and its annexed exhibits, the undersigned will move this Court, on a day and time to be determined, for an order vacating defendant's 10-year sentence based on ineffective assistance of counsel and granting any other relief the Court deems appropriate.

Dated:    New York, NY
             Oct. 3, 2019

                                                      **MARC FERNICH, ESQ**.
                                                      810 Seventh Ave.
                                                      Suite 620

2

        New York, NY 10019
        (212) 446-2346
        maf@fernichlaw.com

*Counsel for Jonathan Braun*

**TO:**

**CRAIG HEEREN, ESQ.**
AUSA-EDNY
271 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6467
craig.heeren@usdoj.gov

2