UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

           -v.-                                                  10 CR 433 (KAM)

JONATHAN BRAUN,                                    DECLARATION

*Defendant.*
------------------------------------------------------------X

      **JOHN MERINGOLO** says under penalty of perjury per 28 U.S.C. § 1746:

      1.    I am an attorney admitted to practice in this Court.

      2.    I represented Jonathan Braun in the captioned case.

      3.    I submit this affidavit in support of Mr. Braun's motion to vacate his 10-year sentence based on ineffective assistance of counsel.

      4.    Prior to Mr. Braun's May 28, 2019 sentencing, I was unaware of the Aug. 2018 and April 2019 anonymous letters filed against him with this Court.

      5.    I was unaware of the anonymous letters, filed under seal, because copies were forwarded by the prosecutor and the Court's Case Manager to an email address (john@meringoloesq.com) that I don't normally use. In addition, I took several weeks off – to recuperate from

grueling back-to-back trials and attend to a medical emergency – ahead of my May 11, 2019 wedding.

6. Unaware of the letters' existence, I never disclosed it to Mr. Braun or reviewed them with him. Nor did I discuss with him the letters' contents or a potential response.

7. Mr. Braun's case was before the court roughly nine years, and his sentencing was postponed multiple times. Though his ultimate sentencing hearing was to take place while I was honeymooning in Europe, I did not seek to postpone it again.

8. Rather, expecting the sentencing to be routine and uneventful – ███████████████████████████████ – I had a young associate attorney, Anjelica Cappellino, handle it in my absence.

9. Unaware of the anonymous letters' existence, I never disclosed it to Ms. Cappellino or reviewed them with her either. Nor did I discuss with her the letters' contents or a potential response.

2

**WHEREFORE**, for the reasons stated in the accompanying memorandum, I respectfully ask this Court to vacate the 10-year sentence previously imposed and sentence Mr. Braun anew.

Dated:   Brooklyn, New York
         Oct. 1, 2019

_____
**JOHN MERINGOLO**