LAW OFFICE OF<br>
MARC FERNICH

MARC FERNICH maf@fernichlaw.com
ALSO ADMITTED IN MASSACHUSETTS

800 THIRD AVENUE, FLOOR 18
NEW YORK, NEW YORK 10022
212-446-2346
FAX: 212-459-2299
www.fernichlaw.com

Dec. 23, 2019

**BY ECF**

Hon. Kiyo A. Matsumoto
USDJ-EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *U.S. v. Jonathan Braun*, 10 CR 433 (EDNY) (KAM)

Dear Judge Matsumoto:

    In light of today's order denying my client's 28 U.S.C. § 2255 motion, I respectfully request that he be permitted to surrender Jan. 2, 2020, immediately after the Hanukkah and New Years holidays. (He had been scheduled to surrender in late Oct.) A Jan. 2 surrender date will enable me to confirm Mr. Braun's reported Otisville designation and the availability of bed space there. I emailed Pretrial Services for confirmation but received an automated response that the office is closed until Dec. 26. I await the government's response to an email seeking consent to the proposed Jan. 2 surrender date. I appreciate Your Honor's considering this letter.

    Respectfully,

    Marc Fernich

cc:    All counsel (ECF)