LAW OFFICE OF
# MARC FERNICH

MARC FERNICH maf@fernichlaw.com  
ALSO ADMITTED IN MASSACHUSETTS

800 THIRD AVENUE, FLOOR 18  
NEW YORK, NEW YORK 10022  
212-446-2346  
FAX: 212-459-2299  
www.fernichlaw.com

Dec. 24, 2019

**BY ECF**

Hon. Kiyo A. Matsumoto  
USDJ-EDNY  
225 Cadman Plaza East  
Brooklyn, NY 11201

    Re:    *U.S. v. Jonathan Braun*, 10 CR 433 (EDNY) (KAM)

Dear Judge Matsumoto:

    Following up last night's letter, AUSA Heeren has advised that the government does not object to a Jan. 2 surrender date for Mr. Braun.

                                                            Respectfully,

                                                            Marc Fernich

cc:    All counsel (ECF)