UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JONATHAN BRAUN,

                      *Movant,*                    19 CV 6873 (KPF)

-v.-                                            10 CR 433 (KPF)

UNITED STATES OF AMERICA,          <u>APPEAL NOTICE</u>

                     *Respondent.*
-------------------------------------------------------------x

**PLEASE TAKE NOTICE** that **JONATHAN BRAUN**, through undersigned counsel, appeals this Court's Dec. 23, 2020 Memorandum and Order declining to vacate for ineffective assistance of counsel under 28 U.S.C. § 2255 his previously imposed 10-year sentence.

Dated:    New York, NY
             Jan. 8, 2020

                                                    _____
                                                    **MARC FERNICH, ESQ.**
                                                    800 Third Ave.
                                                    Fl 18
                                                    New York, NY 10022
                                                    (212) 446-2346
                                                    maf@fernichlaw.com

**TO**:     **CRAIG HEEREN, ESQ.**
           AUSA-EDNY
           271 Cadman Plaza East
           Brooklyn, NY 11201

(718) 254-6467
craig.heeren@usdoj.gov