

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 9 / 2020 ★

BROOKLYN OFFICE

&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653147035
Cashier ID: vjones
Transaction Date: 01/09/2020
Payer Name: Marc A Fernich
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Marc A Fernich
 Case/Party: D-NYE-1-19-CV-006873-001
 Amount:         $505.00
-----------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
-----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

10CR433