

David E. McCraw
Senior Vice President
& Deputy General Counsel

T 212 556 4031
mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

January 30, 2024

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Braun, et al.*, No. 10-cr-433-KAM — Withdrawal of Motion

Dear Judge Matsumoto:

I represent The New York Times Company ("The Times") in its motion to unseal certain court records in this matter (Dkt. No. 199). Pursuant to the Court's endorsed order of January 12, 2024, we write to inform the Court that The Times has decided to withdraw its motion.

We thank the Court for its consideration.

Respectfully submitted,

*David McCraw*

David E. McCraw

cc: Counsel of record (by ECF)