LAW OFFICE OF
# MARC FERNICH

MARC FERNICH maf@fernichlaw.com  
ALSO ADMITTED IN MASSACHUSETTS

800 THIRD AVENUE, FLOOR 20  
NEW YORK, NEW YORK 10022  
212-446-2346  
FAX: 212-459-2299  
www.fernichlaw.com

Mar. 29, 2025

**BY ECF**

Hon. Kiyo A. Matsumoto  
USDJ-EDNY  
225 Cadman Plaza East  
Room S905  
Brooklyn, NY 11201

   Re: *US v. Braun*, 10-CR-433 (EDNY) (KAM)

Dear Judge Matsumoto:

  I write to advise that Mr. Braun has discharged me as defense counsel. Accordingly, I am no longer authorized to represent him in the captioned case.

            Respectfully,

            Marc Fernich