# CRIMINAL CAUSE FOR VOSR ARRAIGNMENT

**BEFORE** U.S.D.J. MATSUMOTO   **DATE**: 4/4/2025   **TIME**: 12:00 p.m. – 1:00p.m.

**DOCKET NO.** 10-CR-433 [KAM]

**DEFENDANT**: Jonathan Braun Todd (dob)

**DEFENSE :** Kathryn Wozencroft by (Fed. Def)

**AUSA**: Rachel Bennek          **USPO**:   Heather Clark

**DEPUTY**:  Sandra Jackson          **C/ R**: Rivka Teish

__X__  Case Called     __X__ Arraignment held on the **VOSR Charges 1-7.**

___  Defendants was released on $_____     Bond with some conditions.

___  Defendant were advised of bond conditions by the Court and signed the bond.

___  Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

__X__  At this time, defense counsel states on the record that defendant does not have a bail application/package.   **Order of Detention Entered** with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___  Order of Excludable Delay entered as to the defendant.

___  Code Type___   Start:____    Stop: ____ as to the defendants.

___  Order of Speedy Trial entered.   Code Type_____   Start:____ Stop:_____

___  **For reasons stated on the record, defendant's bail appeal request was denied without prejudice.**

__X__  Defendant advised of his rights.

__X__  Defendant first appearance on the **VOSR Charges.**

___  Information filed.

_____ Waiver of indictment executed

__X__  Defendant entered **Not Guilty Plea** to **All Charges** of the VOSR.

__X__  All parties shall appear for a Hearing on the VOSR on April 10, 2025, at 1:00pm.