**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

*Tamara L. Giwa*
*Executive Director and*
*Attorney-in-Chief*

*Michelle A. Gelernt*
*Attorney-in-Charge*

April 8, 2025

**Via ECF and Email**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

Re: *United States v. Jonathan Braun, 10- cr-433 (KAM)*

Dear Judge Matsumoto:

    I write to supplement the joint letter submitted by the Government earlier today. Mr. Braun has not retained counsel, and I intend to represent him in his revocation hearing scheduled for Thursday, April 10, 2025. Mr. Braun will also complete a financial affidavit in support of a request for counsel moving forward and provide it to the Court on Thursday prior to the start of his hearing.

    Thank you for your time and consideration.

Respectfully Submitted,

*Kathryn Wozencroft*

Kathryn Wozencroft
Assistant Federal Defender
(347) 802-7800

cc: AUSA Tanya Hajjar
      AUSA Rachel Bennek