**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

May 5, 2025

**Via ECF and Email**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

      Re:    *United States v. Jonathan Braun, 10- cr-433 (KAM)*

Dear Judge Matsumoto:

      I write jointly on behalf of the parties to request that Mr. Braun's arraignment on the supplemental VOSR occur on May 15, 2025, prior to the continuation of his VOSR hearing.

      Counsel is not yet able to represent whether Mr. Braun seeks a preliminary hearing on the supplemental charges filed. Counsel did not receive notice of the additional VOSR charges until after business hours on Friday May 2, 2025. Counsel was unable to see Mr. Braun today due to other case-related obligations and requests to inform the Court of Mr. Braun's position by Friday May 9, 2025.

      Thank you for your time and consideration.

Respectfully Submitted,

*Kathryn Wozencroft*

Kathryn Wozencroft
Assistant Federal Defender
 (347) 802-7800

cc:    AUSA Tanya Hajjar
        AUSA Rachel Bennek