# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

May 9, 2025

**<u>Via ECF and Email</u>**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

Re: *United States v. Jonathan Braun, 10- cr-433 (KAM)*

Dear Judge Matsumoto:

I write to advise the Court that Mr. Braun waives his right to a preliminary hearing on the supplemental charges filed and requests a reasonable amount of time to investigate and respond to the charges. As Mr. Braun is appearing for arraignment on these charges on May 15, 2025, he requests to discuss a potential date for a full hearing, or alternatively a next status conference, when he appears for arraignment.

Thank you for your time and consideration.

Respectfully Submitted,

*Kathryn Wozencroft*

Kathryn Wozencroft
Assistant Federal Defender
 (347) 802-7800

cc:     AUSA Tanya Hajjar
        AUSA Rachel Bennek