

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH/RAB
F. #2025R00212

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 20, 2025

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re: United States v. Jonathan Braun
>       Criminal Docket No. 10-433 (KAM)

Dear Judge Matsumoto:

The government respectfully submits this letter regarding a press request for sealed exhibits from the ongoing violation of supervised release revocation hearing in this case. The government has received a request from a news outlet seeking redacted versions of Government Exhibits 7, 12, 13, and 27. These exhibits are sealed because they disclose the identities of a sexual abuse victim and information regarding a minor victim, including the identity of the minor victim's father, which would allow for the identification of the minor.

The government proposes redacting the exhibits in the following manner:

- Government Exhibit 7 is body worn camera video footage from February 15, 2025, of the defendant answering the door of his home for law enforcement officers. The government will redact the end of the video, which depicts the defendant's nanny (identified at the hearing as Danelle).

- Government Exhibits 12 and 13 are video footage from the defendant's home on March 29, 2025, and depict the defendant, the individual identified as the defendant's butler, and the adult assault victim, Shammai. The government will blur the face of Shammai and otherwise produce those videos in full.

- Government Exhibit 27 depicts Shammai's report at the Nassau County Police Department precinct on March 29, 2025. The government will blur Shammai's face and redact the first name of the minor victim.

The government submits that these redactions will adequately protect the identities of the minor victim and the victim of sexual abuse. Accordingly, the government respectfully

requests the Court's permission to unseal the exhibits in the limited redacted format described above.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/
Tanya Hajjar
Rachel Bennek
Assistant U.S. Attorneys
718-254-7000

cc:    Kathryn Wozencroft, Esq. (by email and ECF)
       U.S. Probation Officer Heather Clark (by email)