**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

June 10, 2025

<u>**Via ECF and Email**</u>
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

Re: *United States v. Jonathan Braun*, 10- cr-433 (KAM)

Dear Judge Matsumoto:

At this time, the defense does not have additional exhibits it intends to introduce at Friday's hearing. The defense exhibits currently in evidence are listed below.

| Exhibit | Description |
|---|---|
| DX-B | Hospital Camera Clip #1 |
| DX-C | Hospital Camera Clip #2 |
| DX-D | Body Worn Camera Clip, February 15, 2025 |

Thank you for your time and consideration.

Respectfully Submitted,

*Kathryn Wozencroft*

Kathryn Wozencroft
Assistant Federal Defender
(347) 802-7800

cc: AUSA Tanya Hajjar
AUSA Rachel Bennek