

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TH/RAB                                                              *271 Cadman Plaza East*
F. #2025R00212                                                     *Brooklyn, New York 11201*

June 10, 2025

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

          Re:     United States v. Jonathan Braun
                  Criminal Docket No. 10-433 (KAM)

Dear Judge Matsumoto:

          The government respectfully submits this letter in advance of the continuation of the revocation hearing scheduled for June 13, 2025 at 11 a.m.   Danelle is available to testify if the Court permits additional cross-examination in connection with Charge 8 of the VOSR Addendum.  The government also intends to call Special Agent Joseph Costello at the hearing and anticipates that the father and the mother of the three-year-old child that was assaulted by the defendant will appear and may testify.

The government may seek to admit the following exhibits at the continuation of the revocation hearing:

| | |
|---|---|
| GX25 | Certified records from Foxwoods El San Juan Casino (previously marked) |
| GX29 | Recording of conversation by Victim-1 |
| GX30 | Recording of conversation by Victim-1 |
| GX31 | Text messages sent and received by Victim-1 |
| GX32 | Body Worn Camera Footage Dated August 20, 2024 |
| GX33 | Body Worn Camera Footage Dated August 20, 2024 |
| GX34 | Body Worn Camera Footage Dated August 20, 2024 |
| GX35 | Photographs of Vehicles |

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/
Tanya Hajjar
Rachel Bennek
Assistant U.S. Attorneys
718-254-7000

cc:    Kathryn Wozencroft, Esq. (by email and ECF)
U.S. Probation Officer Heather Clark (by email)