*Law Office of*
**SAMUEL GREGORY**
*75 Prospect Park, Southwest*
*Brooklyn, New York, 11215*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

August 21, 2025

<u>**VIA: ECF**</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re**: <u>United States v. Jonathan Braun</u>
Docket # 10 Cr 433

Dear Judge Matsumoto,

Please be advised that this is the affidavit of Sara 

Respectfully submitted,

By: <u>/s/*Samuel Gregory*//</u>
Law Office of Samuel Gregory
75 Prospect Park SW
Brooklyn, New York 11215
Tel: 718-222-2992/718-360-6243
Email: Sam@samgregory.com

*Attorney for Sara*