

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH/RAB          *271 Cadman Plaza East*
F. #2025R00212     *Brooklyn, New York 11201*

September 25, 2025

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:     United States v. Jonathan Braun
                 Criminal Docket No. 10-433 (KAM)

Dear Judge Matsumoto:

       The government writes to respectfully request that the Court permit the defendant's victim, identified at the hearing as Danelle, to appear telephonically at the sentencing in the above-referenced matter. Sentencing is scheduled for November 5, at 11:30 a.m. The government has been advised that Danelle will be out of the country on that date and would like to listen to the proceedings remotely if the Court permits. Accordingly, the government respectfully requests that she be permitted to attend the proceedings by phone. To the extent the Court is unable to accommodate that request, the government is not seeking an adjournment of the sentencing date.

                                        Respectfully submitted,

                                        JOSEPH NOCELLA, JR.
                                        United States Attorney

                 By:    /s/
                                        Tanya Hajjar
                                        Rachel Bennek
                                        Assistant U.S. Attorneys
                                        718-254-6140

cc:     Kathryn Wozencroft, Esq. (by email and ECF)
        U.S. Probation Officer Heather Clark (by email)