# Alan B. Hertz



September 24, 2025

The Honorable Kiyo Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Jonathan Braun

Dear Judge Matsumoto,

I have been a member of the New York State Bar for over three decades and I am also admitted to practice in the Federal District Courts of the Eastern and Southern Districts of New York. I do not write today as counsel for Jonathan Braun but rather as someone who has known him and his family for approximately ten years on a social basis. Our families spent several holidays together and Jonathan and I enjoyed conversations on numerous occasions during our acquaintance.

The purpose of my brief letter is to inform the Court of the marked changes in Jonathan that I perceived at two junctures in his complex legal odyssey. The first period followed the grant of commutation, during which he demonstrated a keen awareness and gratitude for the fresh start afforded him. This is something that he explicitly expressed to me on several occasions. Contemporaneously, he renewed his dedication to religion and increased his devotion to immediate family, including a high degree of respect and kindness toward his parents and his wife's parents.

The second juncture is one that occurred approximately one year ago. I cannot pinpoint the exact date, but I distinctly recall a marked difference in Jonathan. I guess the best way to describe it is that he seemed suddenly hyperactive. When I questioned him about it, he explained that he still wanted to accomplish great things with his life, notwithstanding the past, and time is not an unlimited commodity. I accepted that explanation. In retrospect, considering what transpired over the course of last year, there clearly were other factors involved.

To my mind, there is no way that anything even close to the incidents found by Your Honor to have violated his supervised release were a product of his capacity for clear thinking. I cannot speak to the cause of the abrupt change in behavior that precipitated in a series of closely timed acts which completely diverge from the pattern of his positive post commutation changes I have described above. Was it due to a changed psychological condition or, perhaps, substance

Page **1** of **2**

abuse – I simply do not know nor am I qualified to offer any conjecture. From my perspective, the series of incidents that transpired over the course of last year are not representative of the post commutation Jonathan Braun that I knew. Respectfully, it is my belief that the situation in which he currently finds himself is not classic recidivism, but a function of change rooted in a serious need for relevant professional intervention.

To the extent it may be useful for the Court to know in connection with sentencing, I add one more point. I would offer my friendship and time to Jonathan as a community support whenever the opportunity presents itself.

As the time for sentencing approaches, I ask Your Honor, on behalf of Jonathan and, importantly, his family, to consider what I have written above and, in light of the same, to exercise as much discretion and leniency as the law permits.

Respectfully,

Alan B. Hertz