FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    10/29/2025

███████████████  ████████  ████████████████████████  ████  ████████
████████████████  ████████████████████████████  ████████  ████████

After being advised of the identity of the interviewing agents and the nature of the interview, ██████ provided the following information:

████ runs Ground Support Solutions, also known as GSS ("GSS"), with ████████████ ████████ GSS provides janitorial services to commercial properties in New York and New Jersey.

In approximately January 2021, ██████ introduced ██████ to Jonathan BRAUN ("BRAUN"). BRAUN was recently released from prison and living in a halfway house. BRAUN needed employment to comply with his probation, so ████████ and ████ hired him to work for GSS. BRAUN's duties were related to employee oversight, where he was expected to travel to various locations to ensure the janitors sent by GSS were doing their jobs. BRAUN was expected to work 30 to 40 hours a week. BRAUN was compensated approximately $800 a week via direct deposit. BRAUN was not provided any health benefits by GSS.

Early in his employment at GSS, BRAUN pretended to care about his duties with GSS, and made some attempts for two to three months to travel to GSS work sites and interface with clients. Soon thereafter, BRAUN stopped working for GSS all together but was still paid by GSS. Clients of GSS often tried to contact BRAUN concerning issues with their janitors and would be ignored by BRAUN. Finally, by 2024, ████████ and ██████ decided BRAUN was not worth paying anymore since he had not completed any work for GSS for approximately two years and BRAUN was fired.

---

Investigation on   10/28/2025   at   Brooklyn, New York, United States (In Person)

File #   281A-NY-3828798-BRAUN        Date drafted   10/28/2025

by   COSTELLO JOSEPH THOMAS, BUTLER JARRYD MICHAEL

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.