


**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 07/23/2025



After being advised of the identity of the interviewing agents and the nature of the interview, provided the following information:

grew up in Borough Park, Brooklyn, New York. In approximately 2020, met was involved in the Merchant Case Advance ("MCA") industry in the New York City area and was first cousins with Jonathan BRAUN ("BRAUN"). BRAUN was incarcerated at the time, but ran an MCA business affiliated with BRAUN, and soon thereafter, hired to work for him. R worked putting together MCA funding deals in which businesses were loaned large amounts of money from and his company. The money provided to these companies all came from BRAUN.

In approximately the Spring of 2021, BRAUN was released from prison. Later that year, began working directly for BRAUN at a new MCA company run by BRAUN. Similar to the MCA deals at s company, BRAUN's new company funded deals entirely with BRAUN's own money. Soon thereafter, joined BRAUN in this new company as well, and the two hired multiple individuals in addition to . Every deal funded by this company required BRAUN's approval.

BRAUN's company operated under a multitude of different entity names, and often funded deals through other companies they controlled before the client received any money. This was done by BRAUN to avoid scrutiny from the clients' banking institutions, as many previous clients had complained to their banks regarding BRAUN's companies' business practices and barred their account holders from doing business or borrowing money from BRAUN or his company.

Every dollar in every deal completed by BRAUN's various companies and his employees came from BRAUN's own funds. BRAUN frequently used multiple email addresses and often pretended to be someone else, including his cousin, when sending emails at his company. One email

Investigation on 07/11/2025 at Tom's River, New Jersey, United States (In Person)

File # 281A-NY-3828798-BRAUN Date drafted 07/13/2025

by COSTELLO JOSEPH THOMAS, BUTLER JARRYD MICHAEL

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

account BRAUN frequently utilized was "UW@altcapitalsource.com." Before any deal was finalized by any employee of BRAUN's companies, BRAUN himself would approve the details of the deal. [redacted] heard frequent rumors that BRAUN's money was derived from his previous drug dealing and his previous involvement in the MCA company, Yellowstone Capital.

BRAUN frequently threatened physical and economic harm to individuals that were unable to pay back the money that BRAUN's companies lent them. BRAUN often taunted both debtors and employees that he "knew people" and could hurt them both physically and financially.

BRAUN frequently threatened his own employees, including [redacted]. Due to these threats, as well as his own feelings that much of BRAUN's business practices were untoward and possibly illegal, [redacted] stopped working for BRAUN in approximately 2023. When BRAUN learned that [redacted] was quitting, he became very angry. BRAUN refused to pay [redacted] commission he was due for work he previously completed. BRAUN also told [redacted] he would ruin him financially and ensure he lost money in any future endeavors.

[redacted]