

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH/RAB  
F. #2025R00212

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 5, 2025

The Honorable Kiyo A. Matsumoto  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York  11201

      Re:    United States v. Jonathan Braun  
             Criminal Docket No. 10-433 (KAM)

Dear Judge Matsumoto:

      The government has been informed that the Court received an anonymous letter in connection with the above-captioned violation of supervised release proceeding.  The government respectfully submits this letter to advise the Court that the government does not see a basis to seal the contents of the letter, but the government does not intend to rely on the anonymous letter in any way at sentencing in this matter.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.  
      United States Attorney

By:   /s/  
      Tanya Hajjar  
      Rachel Bennek  
      Assistant U.S. Attorneys  
      718-254-7000

cc:    Kathryn Wozencroft, Esq. (by email and ECF)  
       U.S. Probation Officer Heather Clark (by email)