# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

---

Tamara L. Giwa
*Executive Director and
Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

November 5, 2025

**Via ECF and Email**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

    Re: *United States v. Jonathan Braun, 10- cr-433 (KAM)*

Dear Judge Matsumoto:

  I have explained the standard conditions and special conditions of supervision recommended by Probation in their memorandum to the Court dated September 15, 2025, to Mr. Braun. We have had adequate time to discuss the conditions, and Mr. Braun understands that the Court will impose these conditions if his sentence includes a term of supervised release.

                Respectfully Submitted,

                Kathryn Wozencroft
                Assistant Federal Defender
                (347) 802-7800

                Jonathan Braun
                Defendant

cc: AUSA Tanya Hajjar
   AUSA Rachel Bennek