**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and
Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

November 7, 2025

**Via ECF and Email**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

      Re:    *United States v. Jonathan Braun, 10- cr-433 (KAM)*

Dear Judge Matsumoto,

    Attached, please find additional exhibits to supplement Mr. Braun's prior sentencing submission.

        Exhibit L – a victim impact statement from Edward Miller
        Exhibit M – a letter of acceptance from an in-patient treatment center
        Exhibit N – a certificate of completion of a parenting class at the MDC

    I request that Exhibits L and M be sealed because they contain personal identifying information as to Mr. Miller and as to the name and address of a potential residence for Mr. Braun.

                                                             Respectfully Submitted,

                                                           *Kathryn Wozencroft*

                                                           Kathryn Wozencroft
                                                           Assistant Federal Defender
                                                           (347) 802-7800

cc:    AUSA Tanya Hajjar
        AUSA Rachel Bennek
        USPO Heather Clark

# EDWARD W. MILLER, ESQ.



November 7, 2025

To Whom it May Concern,

I am a "victim" of Jonathan Braun. He harassed me and threatened me at the Synagogue. I write this letter in part as a lawyer with significant experience with mentally ill/drug addicted prisoners in the New York State prison system. My experience tells me that there is nothing worse for an addict or person with mental illness than to be in prison. After all, prisons were not intended to be rehabs or mental institutions.

I have no doubt that prison would probably worsen Johnathan Braun's conditions.

As a victim I want to see Mr. Braun rehabilitated. There are a variety of wonderful effective treatments (both in house and not) for addiction. It would be reassuring for me to know that Mr. Braun is getting the best possible treatment. Mr. Braun is not a hardened criminal – he is a sick man.

If I can be of further assistance, please feel free to contact me.

Very truly yours,

*Edward Miller*

Edward W. Miller, Esq.

Exhibit L



To Whom it May Concern:                                                                 11/06/2025

    Please accept this letter as official documentation that Jonathan Braun (05/09/1983) has been accepted for admission into our facility. ▇▇▇ is licensed by the Office of Addiction Services and Supports as well as accredited by the Joint Commission to provide Partial Hospitalization, Outpatient Rehabilitation, Intensive Outpatient, and Outpatient treatment ▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Respectfully,
▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇
▇▇▇▇

Director of Admissions Phone:
▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Exhibit M

# Certificate of Completion

This certifies that

## JONATHAN BRAUN

completed the following program:

**The National Parenting Program: Phase One**

8/20/25
Date

MDC BROOKLYN

N. Matey
G. Matey, Special Population Coordinator

Exhibit N