

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH/RAB  
F. #2025R00212

*271 Cadman Plaza East*  
*Brooklyn, New York 11201*

February 3, 2026

The Honorable Kiyo A. Matsumoto  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    United States v. Jonathan Braun  
                 Criminal Docket No. 10-433 (KAM)

Dear Judge Matsumoto:

      The government respectfully submits this letter regarding the availability of restitution in a violation of supervised release proceeding. The government has identified cases in which restitution has been ordered to a victim of a violation of supervised release with the consent of the defendant, even where no restitution was ordered as part of the underlying offense of conviction. See, e.g., United States v. Brown, 20-CR-34 (E.D.N.Y. 2022) (ordering restitution to the New York State Department of Labor in connection with sentencing for violation of supervised release where underlying offense was narcotics trafficking); 18 U.S.C. § 3663(a)(3) (permitting a sentencing court to order restitution in any criminal case "to the extent agreed to by the parties"). The government has been unable, however, to locate authority authorizing a district court to order restitution pursuant to Title 18, United States Code, Section 3663 to a victim of a violation of supervised release over the defendant's objection.

      The government has endeavored to ascertain whether the defendant consents to the payment of such restitution and has also conferred with the Nassau County District Attorney's Office. Should the Court be unable to order restitution to the victim in this case, the

government will provide the victim's restitution request to the Nassau County District Attorney's Office in an effort to ensure that the victim is able to recover for her losses due to the defendant's conduct.

          Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

By:   /s/
       Tanya Hajjar
       Rachel Bennek
       Assistant U.S. Attorneys
       718-254-6140

cc:    Kathryn Wozencroft, Esq. (by email and ECF)
        U.S. Probation Officer Heather Clark (by email)