

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH/RAB  *271 Cadman Plaza East*
F. #2025R00212  *Brooklyn, New York 11201*

February 5, 2026

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Jonathan Braun
     Criminal Docket No. 10-433 (KAM)

Dear Judge Matsumoto:

   In response to the Court's order and upon further consideration, the government appends hereto an unredacted version of its letter regarding restitution, dated January 30, 2026 and previously filed under seal under ECF Docket Entry No. 282. Although courts have recognized a privacy interest in certain financial information, the limited information supplied in the letter does not implicate sensitive or personal details of the victim.

           Respectfully submitted,

           JOSEPH NOCELLA, JR.
           United States Attorney

     By:  /s/
           Tanya Hajjar
           Rachel Bennek
           Assistant U.S. Attorneys
           718-254-7000

cc: Kathryn Wozencroft, Esq. (by email and ECF)
   U.S. Probation Officer Heather Clark (by email)