

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH/RAB
F. #2025R00212

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 30, 2026

**TO BE FILED UNDER SEAL**

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Jonathan Braun
      Criminal Docket No. 10-433 (KAM)

Dear Judge Matsumoto:

   The government respectfully submits this letter in connection with the defendant's November 10, 2025 sentencing. Pursuant to 18 U.S.C. § 3664(d)(5), a Court may hold open the question of restitution for 90 days following sentencing. Following sentencing, the government received a restitution request from Danelle—the victim of the forcible touching and sexual abuse conduct reflected in Charges Six and Eight—for lost wages between February 6 and August 28, 2025, in the amount of $16,900. The government is endeavoring to identify authority under which the Court may order restitution in the context of a violation of supervised release and is conferring with the Nassau County District Attorney's Office regarding whether restitution will be sought in the related state matter. The government will supplement this filing with further information as soon as possible.

   The government respectfully requests permission to file this letter under seal. The government is sensitive to the need to minimize the amount of information in a criminal case that is filed under seal. See, e.g., United States v. Aref, 533 F.3d 72, 83 (2d Cir. 2008) (noting "the requirement that district courts avoid sealing judicial documents in their entirety unless necessary"); Lugosch v. Pyramid Co., 435 F.3d 110, 119-20 (2d Cir. 2006) (noting that sealing orders should be "narrowly tailored"). In this case sealing is necessary because this submission

contains a victim's financial information.  See United States v. Amodeo, 71 F.3d 1044, 1050-52 (2d Cir. 1995) (privacy interests of third parties may be compelling reason justifying sealing).

          Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

By:    /s/
          Tanya Hajjar
          Rachel Bennek
          Assistant U.S. Attorneys
          718-254-6140

cc:    Kathryn Wozencroft, Esq. (by email and ECF)
      U.S. Probation Officer Heather Clark (by email)