**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

*Tamara L. Giwa*
Executive Director and
Attorney-in-Chief

*Michelle A. Gelernt*
Attorney-in-Charge

February 5, 2026

**Via ECF and Email**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

Re:   *United States v. Jonathan Braun, 10- cr-433 (KAM)*

Dear Judge Matsumoto:

The defense takes no position on the request to unseal the government's filing (ECF No. 285).

Respectfully Submitted,

*Kathryn Wozencroft*

Kathryn Wozencroft
Assistant Federal Defender
(347) 802-7800

cc:   AUSA Tanya Hajjar
      AUSA Rachel Bennek
      USPO Heather Clark